DUANE MORRIS LLP
Gregory P. Gulia (GG 4215)
Vanessa C. Hew (VH 4617)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTHROPOLOGIE, INC.,

              Plaintiff,

   -against-

FOREVER 21, INC.

             Defendants.
-----------------------------------------------------------X

Civil Action No. 07CIV 7873 (RJS)

**RULE 7.1 DISCLOSURE STATEMENT**

ECF CASE

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, Anthropologie, Inc. (private non-governmental corporate party), certifies that the following is the only corporate parent, affiliate and/or subsidiary of said party which is publicly held and/or owns 10% or more of the said party's stock: Urban Outfitters, Inc.

Dated: New York, N.Y.
       September 6, 2007

DUANE MORRIS LLP

By: _____
Gregory P. Gulia (GG 4215)
Vanessa C. Hew (VH 4617)
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
Attorneys for Plaintiff Anthropologie, Inc.