| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| DUANE MORRIS<br>633 W FIFTH ST<br>STE 4600<br>LOS ANGELES CA 90071<br>ATTORNEY FOR | 689-7400<br><br>Ref. No. or File No.<br>U0802-00013 | |
| Insert name of court and name of judicial district and branch if any.<br>UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | | |
| SHORT TITLE OF CASE:<br>ANTHROPOLOGIE v. FOREVER 21, INC. | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>188436 | | CASE NUMBER:<br>07 CIV 7873 |

PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I SERVED COPIES of the:

SUMMONS IN A CIVIL CASE; COMPLAINT AND JURY DEMAND; COMPLAINT EXHIBITS; INDIVIDUAL PRACTICES OF MAGISTRATE MICHAEL H. DOLINGER.

2. a. Party served: FOREVER 21, INC.
   b. Person served: YOUNG KWON
                     Authorized to Accept Service of Process
   c. Address: 2001 S ALAMEDA ST
               LOS ANGELES CA 90058

3. Manner of Service in compliance with: Federal Rules of Procedure

4. I served the party named in item 2

   a. BY PERSONALLY DELIVERING the copies (1) On: 09/10/07 (2) At: 11:41PM

5. Person serving: WILBERT GUTIERREZ          Fee for service $      .00


APEX ATTORNEY SERVICES            d. Registered California process server
1055 WEST SEVENTH STREET          (1) [ X ] Employee or [  ] Independent Contractor
LOS ANGELES, CA 90017             (2) Registration No. 4119
213-488-1500 FAX                  (3) County: LOS ANGELES
                                  (4) Expiration:

I declare under penalty of perjury, under the laws of the of California, and of the United States of America that the foregoing is true and correct.

DATE: 08/12/07                              > SIGNATURE