Peter S. Sloane (PS 7204)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Attorneys for Defendant

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHROPOLOGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., <br><br> Defendant. | Civil Action No.: 07-CV-7873 (RJS) <br><br> ECF CASE |

### NOTICE OF APPEARANCE OF PETER S. SLOANE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant Forever 21, Inc. I certify that I am admitted to practice in this court.

Dated: November 7, 2007
     New York, New York

Respectfully submitted,

_/s/ Peter S. Sloane_
Peter S. Sloane (PS 7204)

OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700

Attorneys for Defendant

{00881923.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF PETER S. SLOANE** was served upon counsel for Plaintiff via email and the ECF filing system which automatically provides a copy to:

> Gregory P. Gulia, Esq.
> DUANE MORRIS LLP
> 1540 Broadway
> New York, New York 10036-4086
> E-mail: GPGulia@duanemorris.com

> -and-

> Vanessa C. Hew, Esq.
> DUANE MORRIS LLP
> 1540 Broadway
> New York, New York 10036-4086
> E-mail: VCHew@duanemorris.com

_____
Peter S. Sloane