Sullivan, J

Peter S. Sloane (PS 7204)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
(212) 382-0700
Attorneys for Defendant

**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**



ANTHROPOLOGIE, INC.,

        Plaintiff,

    v.

FOREVER 21, INC.,

        Defendant.

Civil Action No.: 07-CV-7873 (RJS)

**ECF CASE**

**STIPULATED EXTENSION OF TIME FOR FOREVER 21, INC. TO ANSWER**

    It is hereby stipulated and agreed by and between counsel for the parties set forth below that Defendant Forever 21, Inc. shall have up to and including the 21st of November 2007 to answer, move or otherwise respond to the Complaint in the above-captioned matter.

    This is the first request for an extension of time in this case. The original deadline for Defendant to answer or otherwise respond to the Complaint was originally set for October 1, 2007. This stipulated extension of time has been agreed upon by all parties and is being provided to allow the parties additional time within which to explore the possibility of settlement. No dates have been set in this case. Thus, the requested extension will not affect any scheduled dates in this case.

    The parties further stipulate and agree that neither party shall assert the passage of time provided by this stipulation or the entry into this stipulation for any purpose -- including but not limited to an application for, or opposition to, injunctive relief -- in this or any other action or proceeding.

{00881985.1}

_____
Gregory P. Gulia (GG 4215)

DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

SO ORDERED:
Dated: New York, New York
       November 8, 2007

_____
Peter S. Sloane (PS 7204)

OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
(212) 382-0700

Attorneys for Defendant

_____
Richard J. Sullivan, U.S.D.J.