Peter S. Sloane (PS 7204)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Phone: (212) 382-0700
Fax:    (212) 382-0888
E-mail: psloane@ostrolenk.com

Attorneys for Defendant Forever 21, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHROPOLOGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., <br><br> Defendant. | Civil Action No.: <br> 07-CV-7873 (RJS) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Local Rules of this Court and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Forever 21, Inc. certifies that the following are corporate or other parents, subsidiaries, or affiliates of Defendant, securities or other interests in which are publicly held:

**NONE.**

DATED: November 21, 2007
         New York, New York

OSTROLENK, FABER, GERB & SOFFEN, LLP

By: _____
       Peter S. Sloane (PS 7204)
1180 Avenue of the Americas
New York, New York 10036
Telephone: (212) 382-0700
Facsimile:  (212) 382-0888
E-mail: psloane@ostrolenk.com

Attorneys for Defendant Forever 21, Inc.

{00885065.1}

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing **RULE 7.1 STATEMENT** was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, this 21st day of November 2007, addressed as follows:

> Gregory P. Gulia, Esq.
> Duane Morris LLP
> 380 Lexington Avenue
> New York, New York 10168

_____
Peter S. Sloane