USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**ANTHROPOLOGIE, INC.**

        **Plaintiff.**

-v-

**FOREVER 21, INC.**

        **Defendants.**

Case No. 07-CV-07873(RJS)(MHD)

REFERRAL ORDER
ECF

---

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to Magistrate Judge Dolinger for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*

    _____

    _____

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

_x_ Settlement*--the parties request a conference in early March, 2008.

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions: ____

---

* Do not check if already referred for general pretrial.
**SO ORDERED.**

DATED:   New York, New York
       Jan. 7, 2008

RICHARD J. SULLIVAN
United States District Judge