UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHROPOLOGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., <br><br> Defendant. | Civil Action No.: 07-CV-7873 (RJS) <br><br> ECF CASE |

## NOTICE OF APPEARANCE OF SEAN P. MCMAHON

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant Forever 21, Inc. I certify that I am admitted to practice in this court.

Dated: February 1, 2008
      New York, New York

Respectfully submitted,

_____
Sean P. McMahon (SM 1202)

OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036-8403
Telephone: (212) 382-0700

Attorneys for Defendant

{00902678.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2008, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF SEAN P. MCMAHON** was served upon counsel for Plaintiff via email and the ECF filing system which automatically provides a copy to:

>Gregory P. Gulia, Esq.
>DUANE MORRIS LLP
>1540 Broadway
>New York, New York 10036-4086
>E-mail: GPGulia@duanemorris.com

>-and-

>Vanessa C. Hew, Esq.
>DUANE MORRIS LLP
>1540 Broadway
>New York, New York 10036-4086
>E-mail: VCHew@duanemorris.com

_____
Sean P. McMahon