DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
ANTHROPOLOGIE, INC.,

                Plaintiff,

   -against-

FOREVER 21, INC.,

                Defendant.
------------------------------------------------------X

Civil Action No. 07 Civ. 7873 (RJS)

ECF CASE

## STIPULATION

Plaintiff Anthropologie, Inc., by and through its counsel of record, and Defendant Forever 21, Inc., by and through its counsel of record, do hereby stipulate that, pursuant to Federal Rules of Civil Procedure Rule 15(a) and by agreement of both parties, Plaintiff may file an amended complaint to include the third party vendors of the accused goods identified in Defendant's Initial Disclosures (regardless of any d/b/a or irregularity in the spelling of their names) as defendants to the claims asserted in the complaint filed in connection with the above-captioned action.

Dated: February 1, 2008

By: /s/ Vanessa Hew

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Tel.: (212) 692-1000
Fax.: (212) 692-1020
Attorneys for Plaintiff
Anthropologie, Inc.

By: /s/

OSTROLENK, FABER, GERB & SOFFEN, LLP
Peter S. Sloane
1180 Avenue of the Americas
New York, New York 10036
Tel.: (212) 382-0700
Fax: (212) 382-0888

Attorneys for Defendant
Forever 21, Inc.

SO ORDERED:

/s/
U.S.D.J.
2/4/08

(00903630.1) DM1\1273209.1