```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ANTHROPOLOGIE, INC.
                                    :
                Plaintiff,
                                    :       ORDER
        -against-
                                    :       07 Civ. 7873 (RJS)(MHD)

FOREVER 21, INC.,                   :

                Defendants.         :

------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **FRIDAY, APRIL 18, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        March 24, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Gregory Paul Gulia, Esq.
Duane Morris, LLP
1540 Broadway
New York, NY 10036

Vanessa C. Hew, Esq.
Duane Morris, LLP
1540 Broadway
New York, NY 10036

Peter Samuel Sloane, Esq.
Ostrolenk, Faber, Gerb & Soffen, LLP
1180 Avenue of the Americas
New York, NY 10036