UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

ANTHROPOLOGIE, INC.,

                Plaintiff,

-v-

FOREVER 21, INC.,

                Defendant.

No. 07 Civ. 7873 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties shall participate in a telephone conference with the Court regarding the status of discovery in the above-entitled action on _MAY 12, 2008 @ 4:30pm_. At that time, counsel for plaintiff shall call Chambers at (212) 805-0264 with all parties on the line.

SO ORDERED.

DATED:    New York, New York
              May _5_, 2008

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE