UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

ANTHROPOLOGIE, INC.,

                      Plaintiff,

-v-

FOREVER 21, INC.,

                      Defendant.

No. 07 Civ. 7873 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At the telephone conference held on May 12, 2008, the Court adopted the following directive:

    Plaintiff shall file an amended complaint by May 27, 2008.

SO ORDERED.

DATED:    New York, New York
              May 12, 2008

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE