**Exhibit 1**



Anthropologie Open Work

Blue Dress #INF1216

Archaeological Open Work
Blue Dress Closeup of
Embroidery #6567116



Antiquaria Open Work
Embroidery #DSF1216



Anthropologie Open Work
Blue Rock 0DKF8256

Exhibit 2



Anthropologie Angele
Striped Back Tank Top
66845RRA1704     Top Front

Anthropologie Rainbow Argyle
Striped Pattern Tan Top Back
1600ARBGHD



**Exhibit 3**



Anthropologie Lovefern Tee
Heart Shaped Patterned Tank
Top Rack #610870

Anthropologie Leccheru Tee
Heart Shaped Patterned Tank
Top Rock #610570

Exhibit 4

Anthropologie Elbow Sleeve Plaid Printed Thermal Yellow, white and green checkered T-Shirt #650118



Anthropologie Elbow Sleeve
Plaid Printed Thermal Yellow,
white and green checkered
T-Shirt Back #650148

**Exhibit 5**



Anthropologie Elbow Sleeve
Plaid Printed Thermal Orange,
beige and blue checkered
T-Shirt Front #65APPTF278



**Exhibit 6**

Anthropologie Brown
Dress Front #71AISSU/771

Anthropologie Brown
Dress Back
#71A.RSSU771





Anthropologie Brown
Dress Close-up of
Embroidery
#71.14.027/1

Exhibit 7

Anthropologic Flower
Dress Front
#71AA307181





Anthropologie Power
Dress Bolb
#71 A.ARNTESI

**Exhibit 8**

Anthropologie
Edelweiss Tie-Back
Front

Anthropologie Edelweiss
Tie-Back Back

**Exhibit 9**



**Anthropologie Bohio Smock
Front**



**Anthropologie Bohio Smock Back**