**Exhibit 10**

COPYRIGHT OFFICE, LIBRARY OF CONGRESS, WASHINGTON, D.C. 20559-6000   NO. 31999

HD Document 18-3 Filed

| | | | | |
|---|---|---|---|---|
| DATE & TIME RECEIVED 7-30-07 4:45 AMPM | | DATE DUE | | $ 4.85 |
| SPECIAL HANDLING FEE | Cash | Other | D.A. | $ 45 |
| FILING FEE | Cash | Other | D.A. | $ |
| DOCUMENT RECORDATION FEE | Cash | Other | D.A. | $ |
| OTHER SERVICES | Cash | Other | D.A. | $ |
| | | | | 7-30.00 |

D.A. Name: Jennison & Schultz   No.: 080519

received
☐ Not examined in I&R
Form(s) 1 VA
No. of Copies photo-copies cle(r)
Document(s)
Correspondence
Cover Letter ✓ SH Request
Other

services   Estimate given by
Additional Certificate $
Certifications $
Other $

TOTAL $
REFER TO

title
Garden City Tie Back

received from John N. Jennison   representing   phone

city, state, ZIP 2001 Jeff. Davis Hwy. #1102

received/approved by L. Savoy   date 7-30-07   time 4:45

correspondence ☐ Date:   ETN:   Examiner:

routing M.C. Notice/Date/Time
| | in DATE/TIME | out DATE/TIME | INITIALS | | in DATE/TIME | out DATE/TIME | INITIALS |
|---|---|---|---|---|---|---|---|
| Mail Room | | | | Selection | | | |
| Data Prep | | | | Cataloging | | | |
| Examining | | | | CPU | | | |
| Exam. D.O.* | | | | Documents Unit (Docs.) | | | |
| D & K** | | | | | | | |
| Reg. Numbering | | | | (*for Special Relief Cases only) | | | |

certificate(s) ☒ Deliver to Public Office   ☐ Regular Mail   ☐ Other   Account no. 703-
document(s)   Initials   Telephone#: 415-1640
Contact: John Jennison   RemitterCalled/Date/Time.   Initials
☐ Delivered to Certs. & Docs. By:   Telephone:   Date:
Picked up by:   Received By:   Date:

notes   registration (or Vol. & Page) no.(s)

receipt for **SPECIAL HANDLING**   request

If you are filing an application for registration, please read the note on the reverse.   REMITTER COPY

The receipt on the opposite side of this form is intended to show that the material described was received in the Copyright Office on the date given. Receipt of material is merely a preliminary step in the registration/recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration/recordation.

Official action on an application for copyright registration or on a document submitted for recordation can be taken only after there has been full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration or recordation on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional and are not binding either upon the applicant or upon the Office.

Processing a claim under special handling procedures takes a minimum of 5 working days after (1) all the necessary elements are submitted and fees paid and (2) after the request for special handling has been approved. If the claim requires correspondence, processing may be delayed.



# Receipt

No. 189535
Date July 30, 2007

**Library of Congress**
Copyright Office
101 Independence Avenue, S.E.
Washington, DC 20559-6000

## Received
- ☐ Not examined in information section
- Form(s): 7  VA
- Number of copies: 7
- Type of deposit copies: color copies (7)
- Document(s)
- ☐ Cover letter
- ☐ Other enclosures
- ☐ Refer to

## Services
- ☐ Search
- ☐ Photocopies
- ☐ Additional certificates
- ☐ Certifications
- ☐ Secure text exam
- ☐ Transfer to photoduplication
- ☐ Other (specify)

## Method of Payment
- ☐ Cash
- ☐ Check
- ☐ Money order
- ☒ Deposit acct #: 080519   Amount: 315.⁰⁰
- ☐ Credit card  Type:  Auth #:  Amount:

- ☐ No Fee
- ☐ Fee to be determined
- ☐ For connection
- ETN:

**Total Payment:** $ 315.⁰⁰

Received from: Jennison & Shultz    Phone
Address: 2001 Jeff. Davis Hwy    # 1102  cyshu 7/27/07
Arlington, VA 22202

Representing    Phone

Received for the Register of Copyrights by: L.J.

Title: LOVE LORN TEE

...and 6 others

Notes
SEE REVERSE FOR IMPORTANT INFORMATION

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

Registration Number
VA 1-418-949
EFFECTIVE DATE OF REGISTRATION
JUL 30 2007

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼ NATURE OF THIS WORK ▼ See instructions
GARDEN CITY TIE-BACK — Fabric Design

Previous or Alternative Titles ▼
#T1AARNFT181

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
Anthropologie, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes  ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in Pennsylvania

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No     If the answer to either
Pseudonymous? ☐ Yes  ☒ No    of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship   Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☒ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No     If the answer to either
Pseudonymous? ☐ Yes  ☐ No    of these questions is "Yes," see detailed instructions.

Nature of Authorship   Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3** Year in Which Creation of This Work Was Completed   Date and Nation of First Publication of This Particular Work
2007 ◀ Year   Complete this information ONLY if this work has been published.   Month February   Day 15   Year 2007
                                                                                 Nation U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
U.O.D. Inc.
300 Delaware Avenue
Wilmington, Delaware 19801

APPLICATION RECEIVED
JUL 3 0 2007
ONE DEPOSIT RECEIVED

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is the wholly owned subsidiary of U.O.D. Inc.

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
               • See detailed instructions.       • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Jenkens & Shultz, PC     Account Number ▼     080519

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway, New York, New York 10036-4086

Area code and daytime telephone number (212) 692-1027     Fax number (212) 692-1020
Email GPGulia@DuaneMorris.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Claimant
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John N. Jenkens     Date July 30, 2007

Handwritten signature (X) ▼ [signature]

**8**

Certificate will be mailed in window envelope to this address:

Name ▼     Duane Morris LLP    Attention: Gregory P. Gulia, Esq.
Number/Street/Apt ▼     1540 Broadway
City/State/Zip ▼     New York, New York 10036-4086

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

JUL 3 0 2007
COPYRIGHT OFFICE
PUBLIC OFFICE

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA    VAU
EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼ — NATURE OF THIS WORK ▼ See instructions

GARDEN CITY TIE-BACK — Fabric Design.

Previous or Alternative Titles ▼
#71AARM7161

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH
Anthropologie, Inc. — Your Born ▼    Your Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in Pennsylvania

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
                             ☐ Jewelry design



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA | VAU
---|---
EFFECTIVE DATE OF REGISTRATION

Month | Day | Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
GARDEN CITY TIE-BACK

**NATURE OF THIS WORK ▼** See instructions
Fabric Design.

**Previous or Alternative Titles ▼**
#71AARMT181

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

**NAME OF AUTHOR ▼**
Anthropologie, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Pennsylvania

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☒ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Year in Which Creation of This Work Was Completed**
2007 ◄ Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February Day 15 Year 2007
Nation USA

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
U.O.D. Inc.
300 Delaware Avenue
Wilmington, Delaware 19801

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.O.D. Inc.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____



# Form VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA VAU

EFFECTIVE DATE OF REGISTRATION

Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**
GARDEN CITY TIE-BACK

**NATURE OF THIS WORK ▼** See instructions
Fabric Design.

**Previous or Alternative Titles ▼**
#71 AARMT181

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**
a  Anthropologie, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in Pennsylvania }

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☒ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed   This information must be given in all cases.
2007 ◀ Year

**b** Date and Nation of First Publication of This Particular Work   Complete this information ONLY if this work has been published.
Month February   Day 15   Year 2007
Nation USA

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
U.D.D. Inc.
100 Delaware Avenue
Wilmington, Delaware 19801

**APPLICATION RECEIVED**
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.D.D.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                    • See detailed instructions.       • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages



EXAMINED BY

FORM VA

CHECKED BY

☐ Yes | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼
Jemiston & Shultz, PC    080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway, New York, New York 10036-4086

Area code and daytime telephone number ( 212 ) 692-1027    Fax number ( 212 ) 692-1020
Email GPGulia@DuaneMorris.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Claimant
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John H. Jemiston    Date July 30, 2007

Handwritten signature (X) ▼
/s/ J.N.J.

Certificate will be mailed in window envelope to this address:

Name ▼
Duane Morris LLP Attention: Gregory P. Gulia, Esq.
Number/Street/Apt ▼
1540 Broadway
City/State/Zip ▼
New York, New York 10036-4086

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA - Full    Rev: 07/2006 — 30,000    Printed on recycled paper    U.S. Government Printing Office: 2006-XXX-XXX/XX





# Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

VA     VAU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
LOVELORN TEE

**NATURE OF THIS WORK ▼** See instructions
Fabric Design.

**Previous or Alternative Titles ▼**
#610270 Heart Patterned Tank

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**
a Anthropologie, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
Citizen of ▶ _____
Domiciled in ▶ Pennsylvania

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☒ No

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NAME OF AUTHOR ▼**
b

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
Citizen of ▶ _____
Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate boxes. See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2006
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ November    Day ▶ 15    Year ▶ 2006
Nation ▶ USA

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author.
U.O.D. Inc.
300 Delaware Avenue
Wilmington, Delaware 19801

☐ ONE DEPOSIT RECEIVED
☐ TWO DEPOSITS RECEIVED
☐ FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.O.D. Inc.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

APPLICATION RECEIVED

DO NOT WRITE HERE
Page 1 of ____ pages



DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Jenison & Shultz, PC        Account Number ▼ 080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway, New York, NY 10036-4086

Area code and daytime telephone ( 212 ) 692-1027        Fax number ( 212 ) 692-1020
Email GPGulia@DuaneMorris.com

**CERTIFICATION** I, the undersigned, hereby certify that I am

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of Claimant

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John N. Jennison        Date July 30, 2007

Handwritten signature (X) ▼  [signature]

Certificate will be mailed in window envelope to this address:
Name ▼
Duane Morris LLP  Attention: Gregory P. Gulia, Esq.
Number/Street/Apt ▼
1540 Broadway
City/State/ZIP ▼
New York, New York 10036-4086

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev. 07/2006—30,000 Printed on recycled paper                U.S. Government Printing Office: 2004-330-945/60,123