COPY

HD Document 18-4 Filed

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA          VAU
EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

JUL 30 2007
COPYRIGHT OFFICE
PUBLIC OFFICE

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
RAINBOW ARGYLE STRIPED PINK TANK TOP
#68ARBAU1761

NATURE OF THIS WORK ▼ See instructions
Fabric Design.

Previous or Alternative Titles ▼

Publication as a Contribution: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** Anthropologie, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ Pennsylvania

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes   ☒ No     If the answer to either
Pseudonymous?  ☐ Yes   ☒ No     of these questions is
                                 "Yes," see detailed
                                 instructions.

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art

☐ Map
☐ Photograph
☐ Jewelry design

☐ Technical drawing
☐ Text
☐ Architectural work

NOTE
Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

NAME OF AUTHOR ▼

**b**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork

☐ Map
☐ Photograph

☐ Technical drawing



Copyrighted file is in violation of...
... downloaded from...
image titles or...

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

| VA | VAU |
| --- | --- |

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
| --- | --- | --- |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

RAINBOW ARGYLE STRIPED PINK TANK TOP

**NATURE OF THIS WORK ▼ See instructions**

Fabric Design.

**Previous or Alternative Titles ▼**
#89ARERA27361

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** ____ **Number ▼** ____ **Issue Date ▼** ____ **On Page ▼** ____

## 2

**NAME OF AUTHOR ▼**

a  Anthropologie, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼ ____ Year Died ▼ ____

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☐ Yes  ☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of ____
Domiciled in ▶ Pennsylvania }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☑ Jewelry design ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼ ____ Year Died ▼ ____

**Was this contribution to the work a "work made for hire"?**
☐ Yes  ☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of ____
Domiciled in ▶ ____ }

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed** This information must be given in all cases.
2006
◀ Year

b **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published.
Month ____ Day ____ Year 2006
Nation USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

U.O.D. Inc.
300 Delaware Avenue
Wilmington, Delaware 19801

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is wholly owned subsidiary of U.O.D. Inc.

**APPLICATION RECEIVED**

☐ ONE DEPOSIT RECEIVED

☐ TWO DEPOSITS RECEIVED

☐ FUNDS RECEIVED

**DO NOT WRITE HERE**
Page 1 of ____ pages

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.  · Sign the form at line 8.

EXAMINED BY

FORM VA
FOR
A COPYRIGHT
OFFICE
USE
ONLY

CHECKED BY

CORRESPONDENCE
☐ Yes



**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**



**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼    Account Number ▼
Jemison & Stults, PC    080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway, New York, New York 10036-4086

Area code and daytime telephone number ( 212 ) 692-1027    Fax number  ( 212 ) 692-1020
Email GPGulia@DuaneMorris.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Claimant**
                        name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John N. Jemison                                         Date  July 30, 2007

Handwritten signature (X) ▼
X _____

**Certificate will be mailed in window envelope to this address:**
Name ▼
Duane Morris LLP  Attention: Gregory P. Gulia, Esq.
Number/Street/Apt ▼
1540 Broadway
City/State/Zip ▼
New York, New York 10036-4086

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA — Rev. 07/2006 — Print: 07/2006 — 30,000 — Printed on recycled paper    U.S. Government Printing Office: 2004-330-945/60, 173





COPY

Form VA
*For a Work of the Visual Arts*
UNITED STATES COPYRIGHT OFFICE

RECEIVED
JUL 3 0 2007
COPYRIGHT OFFICE
PUBLIC OFFICE

| VA | VAU |
|---|---|
| EFFECTIVE DATE OF REGISTRATION | |

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**
ELBOW SLEEVE PLAID PRINTED THERMAL

**NATURE OF THIS WORK ▼** *See instructions*
Fabric Design.

**Previous or Alternative Titles ▼**
#65AFFF278  Orange, Beige and Blue Checkered T-Shirt

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

NOTE
Under the law, the "author" of a "work made for hire" is generally the

**NAME OF AUTHOR ▼**
Anthropologie, Inc.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Pennsylvania

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA          VAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼
ELBOW SLEEVE PLAID PRINTED THERMAL

NATURE OF THIS WORK ▼ See instructions

Fabric Design.

Previous or Alternative Titles ▼
#65APPTP278   Orange, Beige and Blue Checkered T-Shirt

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

NAME OF AUTHOR ▼
a  Anthropologie, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was This Contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Pennsylvania

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes   ☒ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture        ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

NAME OF AUTHOR ▼
b

Date of Birth and Death
Year Born ▼          Year Died ▼

Was This Contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?   ☐ Yes   ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

---

**3**

Year in Which Creation of This Work Was Completed
2006          ◀ Year
This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information   Month ▶ August   Day ▶ 30   Year ▶ 2006
ONLY if this work has been published.   Nation ▶ USA

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
U.O.D. Inc.
300 Delaware Avenue
Wilmington, Delaware 19801

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.O.D. Inc.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

HD   Document 18-4   Filed

FORM VA
FOR
COPYRIGHT
OFFICE
USE
ONLY

EXAMINED BY
CHECKED BY
CORRESPONDENCE  Yes



DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
Jennison & Shultz, PC                     080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway   New York, New York 10036-4086
Area code and daytime telephone number  ( 212 ) 692-1027      Fax number  ( 212 ) 692-1020
Email  GPGulia@DuaneMorris.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Claimant**
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John N. Jennison                                         Date  July 30, 2007

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:
Name ▼
Duane Morris LLP  Attention: Gregory P. Gulia, Esq.
Number/Street/Apt ▼
1540 Broadway
City/State/Zip ▼
New York, New York 10036-4086

• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Form VA  Rev: 07/06  Print: 07/2006—30,000  Printed on recycled paper                    U.S. Government Printing Office: 2004-000-000/0-000

