

COPY

Form VA

RECEIVED
JUL 3 0 2007
COPYRIGHT OFFICE
PUBLIC OFFICE

EFFECTIVE DATE OF REGISTRATION

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of This Work ▼ — SHRIMP BOAT TANK

NATURE OF THIS WORK ▼ — Fabric Design.

Previous or Alternative Titles ▼ — #71ASSU771

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼





# Form VA
## For a Work of the Visual Arts
### UNITED STATES COPYRIGHT OFFICE

| VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**Title of This Work ▼**
SHRIMP BOAT TANK

**NATURE OF THIS WORK ▼** See instructions
Fabric Design.

**Previous or Alternative Titles ▼**
#71A1SSU7771

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

---

## 2
**NAME OF AUTHOR ▼**
a Anthropologie, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**
Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
{ Citizen of _____
  Domiciled in Pennsylvania }

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☒ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☒ Architectural work

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼  Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
{ Citizen of _____
  Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

## 3
a **Year in Which Creation of This Work Was Completed**  2007
*This information must be given in all cases.*

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month MARCH  Day 15  Year 2007
Nation _____

---

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Anthropologie, Inc.
U.O.D. Inc.
300 Delaware Avenue
Wilmington, Delaware 19801

☐ ONE DEPOSIT RECEIVED
☐ TWO DEPOSITS RECEIVED
☐ APPLICATION RECEIVED
☐ FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.O.D. Inc.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼
Jenzinos & Shultz, PC   080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1560 Broadway, New York, New York 10036-4086

Area code and daytime telephone number ( 212 ) 692-1027   Fax number ( 212 ) 692-1020
Email GPGulia@DuaneMorris.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John N. Jenzinos   Date July 30, 2007

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:
**Name** ▼
Duane Morris LLP Attention: Gregory P. Gulia, Esq.
**Number/Street/Apt** ▼
1560 Broadway
**City/State/Zip** ▼
New York, New York 10036-4086

Copyrighted Image Seen us
HD - Document 18-5 Filed

# Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA     VAU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼     NATURE OF THIS WORK ▼ See instructions

OPEN WORK DRESS BLUE DRESS     Fabric Design

Previous or Alternative Titles ▼
#OSP1216

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

NAME OF AUTHOR ▼
Anthropologie, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
Citizen of _____
Domiciled in Pennsylvania

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous? ☐ Yes ☒ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

Year in Which Creation of This Work Was Completed
2005
◀ Year   This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month JANUARY   Day 15   Year 2006
Nation USA ◀

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author.

U.O.D. Inc.
300 Delaware Avenue
Wilmington, Delaware 19801

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.O.D. Inc.

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Jennison & Shultz, PC
Account Number ▼ 080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway, New York, New York 10036-4086

Area code and daytime telephone number ( 212 ) 692-1027    Fax number ( 212 ) 692-1020
Email GPGulia@DuaneMorris.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Claimant
Name of author or other copyright claimant, or owner of exclusive right(s)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John N. Jennison     Date July 30, 2007

Handwritten signature (X) ▼ J.N.J.

Certificate will be mailed in window envelope to this address:

Name ▼ Duane Morris LLP Attention: Gregory P. Gulia, Esq.
Number/Street/Apt ▼ 1540 Broadway
City/State/ZIP ▼ New York, New York 10036-4086



* 17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full 07/2006   Print: 07/2006—20,000   Printed on recycled paper     U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx





Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT [OFFICE]
REGISTRATION NUMBER

| VA | VAU |
|---|---|
| EFFECTIVE DATE OF REGISTRATION | |
| Month | Day | Year |

RECEIVED
JUL 3 0 2007
COPYRIGHT OFFICE
PUBLIC OFFICE

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼ — ELBOW SLEEVE PLAID PRINTED THERMAL

NATURE OF THIS WORK ▼ See instructions — Fabric Design.

Previous or Alternative Titles ▼ — #650118 Yellow, White and Green Checkered T-Shirt

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼ — Anthropologie, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    Domiciled in Pennsylvania }

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing





# Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA       VAU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
ELBOW SLEEVE PLAID PRINTED THERMAL

NATURE OF THIS WORK ▼ See instructions
Fabric Design.

Previous or Alternative Titles ▼
#65031B Yellow, White and Green Checkered T-Shirt

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

NAME OF AUTHOR ▼
Anthropologie, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in Pennsylvania }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture       ☐ Map           ☐ Technical drawing
☒ 2-Dimensional artwork         ☐ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

Name of Author ▼

Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture       ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

---

**3**

Year in Which Creation of This Work Was Completed
2006
This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information   Month August   Day 30   Year 2006
ONLY if this work has been published.   Nation USA

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

U.O.D. Inc.
300 Delaware Avenue
Wilmington Delaware 19801

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.O.D. Inc.

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____



FORM VA
COPYRIGHT OFFICE USE ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                           **Account Number** ▼
Jenasion & Shultz, PC                                080519

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway, New York, New York 10036-4086

Area code and daytime telephone number ( 212 ) 692-1027       Fax number ( 212 ) 692-1020
Email GPGulia@DuaneMorris.com

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☒ authorized agent of  Claimant
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John N. Jennison                                     Date July 10, 2007

Handwritten signature (X) ▼
[signature]

---

Certificate will be mailed in window envelope to this address:

**Name** ▼
Duane Morris LLP  Attention: Gregory P. Gulia, Esq.
Number/Street/Apt ▼
1540 Broadway
City/State/Zip ▼
New York, New York 10036-4086

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

---

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA - Rev 07/2006  Print: 07/2006—xx,xxx  Printed on recycled paper                         U.S. Government Printing Office: 2004-000-000/00-000

COPY
RECEIVED
JUL 3 0 2007
COPYRIGHT OFFICE
PUBLIC OFFICE

Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA  VAU
EFFECTIVE DATE OF REGISTRATION

Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

NAME OF AUTHOR ▼
Title of This Work ▼     NATURE OF THIS WORK ▼ See Instructions
EDELWEISS TIE-BACK     Fabric Design.

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

2
NOTE
Under the law, the "author" of

NAME OF AUTHOR ▼
Anthropologie, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in Pennsylvania

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☑ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

