# Exhibit 11

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF OWNERSHIP, WHICH MERGES:

"U.O.D., INC.", A DELAWARE CORPORATION,

WITH AND INTO "URBAN OUTFITTERS, INC." UNDER THE NAME OF "URBAN OUTFITTERS, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF PENNSYLVANIA, AS RECEIVED AND FILED IN THIS OFFICE THE FIRST DAY OF AUGUST, A.D. 2006, AT 6:51 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



4198997  8100M

060723144

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4950484

DATE: 08-03-06

TRADEMARK
REEL: 003364 FRAME: 0095

AUG. 3. 2006  4:21PM

NO. 6882   P. 5

# CERTIFICATE OF OWNERSHIP AND MERGER

## U.O.D., INC.
### (a Delaware corporation)

#### with and into

## URBAN OUTFITTERS, INC.
### (a Pennsylvania corporation)

#### Pursuant to Section 253 of the Delaware General Corporation Law

Urban Outfitters, Inc., a corporation organized and existing under the Laws of the Commonwealth of Pennsylvania,

### DOES HEREBY CERTIFY THAT:

**FIRST:** The name and state of organization of each of the constituent parties to the merger is as follows:

| NAME | STATE OF ORGANIZATION |
|---|---|
| U.O.D., Inc. | Delaware |
| Urban Outfitters, Inc. | Pennsylvania |

**SECOND:** Urban Outfitters, Inc. is the owner of 100% of the outstanding shares of common stock of U.O.D., Inc.

**THIRD:** The laws of the jurisdiction of organization of Urban Outfitters, Inc. permit the merger of a business corporation of that jurisdiction with a business corporation of another jurisdiction.

**FOURTH:** The resolutions have been adopted by the Board of Directors of Urban Outfitters, Inc., by Unanimous Written Consent on July 31, 2006.

**FIFTH:** The name of the surviving corporation is Urban Outfitters, Inc.

**SIXTH:** The Certificate of Incorporation of the surviving corporation shall be its Certificate of Incorporation.

**SEVENTH:** The merger shall be effective upon filing this Certificate of Merger with the Secretary of State of Delaware.

**EIGHTH:** The executed Agreement and Plan of Merger is on file at a place of business of Urban Outfitters, Inc. at 5000 South Broad Street, Philadelphia, Pennsylvania 19112-1495.

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:51 PM 08/01/2006
FILED 06:51 PM 08/01/2006
SRV 060723144 - 2235660 FILE

NS

TRADEMARK
REEL: 003364 FRAME: 0096

NINTH:  A copy of the Agreement and Plan of Merger will be furnished by Urban Outfitters, Inc. on request, without cost, to any stockholder of U.O.D., Inc. or of Urban Outfitters, Inc.

TENTH:  Urban Outfitters, Inc., hereby agrees that it may be served with process in the State of Delaware in any proceeding for enforcement of any obligation of Inter-Urban, Inc., as well as for enforcement of any obligation of Urban Outfitters, Inc. arising from the merger herein provided for; Urban Outfitters, Inc. irrevocably appoints the Secretary of State of Delaware as its agent for service of process in any such proceeding; and does hereby specify the following address in which a copy of such process shall be mailed by the Secretary of State of Delaware, 5000 South Broad Street, Philadelphia, PA 19112-1495.

*Signature Page Follows*

NS

TRADEMARK
REEL: 003364 FRAME: 0097

IN WITNESS WHEREOF, the parties hereto have caused this Certificate of Ownership and Merger to be duly executed this 1ˢᵗ day of August, 2006.

U.O.D., INC.

By: _____

Name: Ken Kubacki

Title: President

URBAN OUTFITTERS, INC.

By: _____

Name: Richard A. Hayne

Title: President

FHTRANSMSS20051

# Exhibit 12

## CONFIRMATORY COPYRIGHT ASSIGNMENT

WHEREAS, U.O.D., Inc. ("U.O.D."), a corporation which was organized and existed under and by virtue of the laws of the State of Delaware with offices at 300 Delaware Avenue, Wilmington, Delaware 19801, was the owner of the entire right, title and interest in, to and under the copyrights identified in Schedule A (annexed hereto), including any and all copyright registrations and/or applications therefor; and

WHEREAS, on August 1, 2006, U.O.D. merged with Urban Outfitters, Inc. ("Urban Outfitters") , a corporation organized and existing under and by virtue of the laws of the Commonwealth of Pennsylvania with offices at 1809 Walnut Street, Philadelphia, Pennsylvania 19102.

THIS DOCUMENT HEREBY CONFIRMS:

(1)    by operation of the merger between Urban Outfitters and U.O.D., effective August 1, 2006, as documented by the Certificate of Ownership and Merger annexed hereto as Schedule B, Urban Outfitters is the owner of the entire right, title and interest in, to and under the copyrights identified in Schedule A (annexed hereto), including any and all copyright registrations and/or applications therefor (collectively, the "Copyrights") throughout the world and in perpetuity;

(2)    effective as of August 1, 2006, by operation of the aforementioned merger and the law, all right, title and interest in, to and under the Copyrights, including all rights of recovery for past, current and future infringement thereof, were assigned and transferred unto Urban Outfitters;

(3)    Urban Outfitters is the sole claimant of the aforesaid Copyrights and owns all rights, titles and interests therein, including all rights of recovery for past, current and future infringement thereof, for use and enjoyment by itself or its successors and/or assigns, as fully and completely as the same would have been held by U.O.D. had this merger not been effected; and

(4)    the consideration for this Confirmatory Copyright Assignment, the receipt and sufficiency of which is hereby acknowledged, has already been exchanged pursuant to the aforementioned merger on August 1, 2006.

Dated:  August 22, 2007

URBAN OUTFITTERS, INC.

By: _John E. Kyees_

Name: _John E. Kyees_

Title: _Chief Financial Officer_

DM2\1233873.1

2

# CONFIRMATORY COPYRIGHT ASSIGNMENT

## SCHEDULE A

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Open Work Dress Blue Dress<br><br>#OSP1216 | 2005 | January 2006 | |
| | Rainbow Argyle Striped Pink Tank Top #69ARBAU761 | 2006 | November 2006 | |
| | Lovelorn Tee #610S70 Heart Patterned Tank | 2006 | November 2006 | |

1

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Elbow Sleeve Plaid Printed Thermal<br><br>#650118<br>Yellow, white and green checkered T-Shirt | 2006 | August 30, 2006 | |
| | Elbow Sleeve Plaid Printed Thermal<br>#65APPTF278<br>Orange, Beige and Blue Checkered T-Shirt | 2006 | August 30, 2006 | |
| | Shrimp Boat Tank<br><br>#71AISSU771 | 2007 | March 2007 | |

2

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Garden City Tie-Back #71AARMT181 | 2007 | February 2007 | VA-1-410-949 |
| | Edelweiss Tie-Back | 2007 | February 2007 | |
| | Bohio Smock | 2007 | March 2007 | |

3

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Vizcaya Dress | 2006 | April 2007 | |
| | Bird Embroidered Cotton Tank | 2003 | February 16, 2004 | VA-1-314-258 |
| | Daisy Organdy Dress | 2002 | May 16, 2003 | VA-1-314-505 |

4

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Gorgette Embroidered Bouquet | 2003 | July 1, 2004 | VA-1-314-503 |
| | Maiden Lace Top | 2003 | July 1, 2004 | VA-1-267-069 |
| | Sketchy Villa Print | 2004 | November 15, 2004 | VA-1-340-836 |

5

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Swing Skirt Floral | 2002 | August 20, 2003 | VA-1-314-507 |
| | Velvet Appliqué Skirt | 2003 | July 8, 2004 | VA-1-267-068 |
| | Strawberry Embroidered Option | 2003 | December 23, 2003 | VA-1-314-504 |

6

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Chinese Wedding Skirt | 2002 | August 19, 2003 | VA-1-314-506 |
| | Rose Embroidery | 2002 | January 23, 2003 | VA-1-314-259 |
| | Snowflake Cardigan | 2004 | September 25, 2004 | VA-1-244-850 |

7

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Embroidered Bow Skirt | 2004 | November 12, 2004 | VA-1-292-109 |
| | Organdy Festive Skirt | 2004 | October 10, 2004 | VA-1-244-851 |
| | Fortuny Flocked Sateen Skirt | 2004 | October 30, 2004 | VA-1-244-849 |

8

DM2\1236756.1

# Schedule B

# Delaware

**PAGE 1**

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF OWNERSHIP, WHICH MERGES:

"U.O.D., INC.", A DELAWARE CORPORATION,

WITH AND INTO "URBAN OUTFITTERS, INC." UNDER THE NAME OF "URBAN OUTFITTERS, INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF PENNSYLVANIA, AS RECEIVED AND FILED IN THIS OFFICE THE FIRST DAY OF AUGUST, A.D. 2006, AT 6:51 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



4198997  8100M

060723144

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: *4950484*

DATE: *08-03-06*

**TRADEMARK**
**REEL: 003364 FRAME: 0095**

## CERTIFICATE OF OWNERSHIP AND MERGER

### U.O.D., INC.
(a Delaware corporation)

#### with and into

### URBAN OUTFITTERS, INC.
(a Pennsylvania corporation)

Pursuant to Section 253 of the Delaware General Corporation Law.

Urban Outfitters, Inc., a corporation organized and existing under the Laws of the Commonwealth of Pennsylvania,

DOES HEREBY CERTIFY THAT:

FIRST: The name and state of organization of each of the constituent parties to the merger is as follows:

| NAME | STATE OF ORGANIZATION |
|------|------------------------|
| U.O.D., Inc. | Delaware |
| Urban Outfitters, Inc. | Pennsylvania |

SECOND: Urban Outfitters, Inc. is the owner of 100% of the outstanding shares of common stock of U.O.D., Inc.

THIRD: The laws of the jurisdiction of organization of Urban Outfitters, Inc. permit the merger of a business corporation of that jurisdiction with a business corporation of another jurisdiction.

FOURTH: The resolutions have been adopted by the Board of Directors of Urban Outfitters, Inc., by Unanimous Written Consent on July 31, 2006.

FIFTH: The name of the surviving corporation is Urban Outfitters, Inc.

SIXTH: The Certificate of Incorporation of the surviving corporation shall be its Certificate of Incorporation.

SEVENTH: The merger shall be effective upon filing this Certificate of Merger with the Secretary of State of Delaware.

EIGHTH: The executed Agreement and Plan of Merger is on file at a place of business of Urban Outfitters, Inc. at 5000 South Broad Street, Philadelphia, Pennsylvania 19112-1495.

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:51 PM 08/01/2006
FILED 06:51 PM 08/01/2006
SRV 060723144 - 2235660 FILE

NS

TRADEMARK
REEL: 003364 FRAME: 0096

NINTH: A copy of the Agreement and Plan of Merger will be furnished by Urban Outfitters, Inc. on request, without cost, to any stockholder of U.O.D., Inc. or of Urban Outfitters, Inc.

TENTH: Urban Outfitters, Inc., hereby agrees that it may be served with process in the State of Delaware in any proceeding for enforcement of any obligation of Inter-Urban, Inc., as well as for enforcement of any obligation of Urban Outfitters, Inc. arising from the merger herein provided for; Urban Outfitters, Inc. irrevocably appoints the Secretary of State of Delaware as its agent for service of process in any such proceeding; and does hereby specify the following address in which a copy of such process shall be mailed by the Secretary of State of Delaware, 5000 South Broad Street, Philadelphia, PA 19112-1495.

*Signature Page Follows*

NS

TRADEMARK
REEL: 003364 FRAME: 0097

IN WITNESS WHEREOF, the parties hereto have caused this Certificate of Ownership and Merger to be duly executed this 1ᵗ day of August, 2006.

U.O.D., INC.

By: _____
Name: Ken Kubacki
Title: President

URBAN OUTFITTERS, INC.

By: _____
Name: Richard A. Hayne
Title: President

FHTRANSM9S2051

# Exhibit 13

## COPYRIGHT ASSIGNMENT

WHEREAS, Urban Outfitters, Inc., a corporation organized and existing under and by virtue of the laws of the Commonwealth of Pennsylvania with offices at 5000 S. Broad Street, Philadelphia, Pennsylvania 19112, is the owner of the entire right, title and interest in, to and under the copyrights identified in Schedule A (annexed hereto), including any and all copyright registrations and/or applications therefor; and

WHEREAS, Anthropologie, Inc., a corporation organized and existing under and by virtue of the laws of the Commonwealth of Pennsylvania with offices at 5000 S. Broad Street, Philadelphia, Pennsylvania 19112, is desirous of acquiring the entire right, title and interest in, to and under the aforesaid copyrights identified in Schedule A.

NOW, THEREFORE, for and in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, effective August 29, 2007, Urban Outfitters, Inc. hereby assigns and transfers unto Anthropologie Inc., its entire right, title and interest in, to and under the copyrights identified in Schedule A, including any and all copyright registrations and/or applications therefor and all rights of recovery for past infringement thereof, to have and to hold for its own use and enjoyment, and for the use and enjoyment of its successors and assigns, as fully and completely as the same would have been held by Urban Outfitters, Inc. had this assignment not been made.

URBAN OUTFITTERS, INC.

By: _John E. Kyees_

Name: _John E. Kyees_

Title: _Chief Financial Officer_

Dated: August 29, 2007

DM2\1238499.1

# CONFIRMATORY COPYRIGHT ASSIGNMENT

## SCHEDULE A

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Open Work Dress Blue Dress #OSP1216 | 2005 | January 2006 | |
| | Rainbow Argyle Striped Pink Tank Top #69ARBAU761 | 2006 | November 2006 | |
| | Lovelorn Tee #610S70 Heart Patterned Tank | 2006 | November 2006 | |

1

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Elbow Sleeve Plaid Printed Thermal #650118 Yellow, white and green checkered T-Shirt | 2006 | August 30, 2006 | |
| | Elbow Sleeve Plaid Printed Thermal #65APPTF278 Orange, Beige and Blue Checkered T-Shirt | 2006 | August 30, 2006 | |
| | Shrimp Boat Tank #71AISSU771 | 2007 | March 2007 | |

2

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | #71AARMT181 Garden City Tie-Back | 2007 | February 2007 | VA-1-410-949 |
| | Edelweiss Tie-Back | 2007 | February 2007 | |
| | Bohio Smock | 2007 | March 2007 | |

3

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./TRACKING NO. |
|---|---|---|---|---|
| | Vizcaya Dress | 2006 | April 2007 | |
| | Bird Embroidered Cotton Tank | 2003 | February 16, 2004 | VA-1-314-258 |
| | Daisy Organdy Dress | 2002 | May 16, 2003 | VA-1-314-505 |

4

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Gorgette Embroidered Bouquet | 2003 | July 1, 2004 | VA-1-314-503 |
| | Maiden Lace Top | 2003 | July 1, 2004 | VA-1-267-069 |
| | Sketchy Villa Print | 2004 | November 15, 2004 | VA-1-340-836 |

5

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Swing Skirt Floral | 2002 | August 20, 2003 | VA-1-314-507 |
| | Velvet Appliqué Skirt | 2003 | July 8, 2004 | VA-1-267-068 |
| | Strawberry Embroidered Option | 2003 | December 23, 2003 | VA-1-314-504 |

6

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Chinese Wedding Skirt | 2002 | August 19, 2003 | VA-1-314-506 |
| | Rose Embroidery | 2002 | January 23, 2003 | VA-1-314-259 |
| | Snowflake Cardigan | 2004 | September 25, 2004 | VA-1-244-850 |

7

| GARMENT | TITLE OF WORK | YEAR OF CREATION | DATE OF PUBLICATION | APP./REG./ TRACKING NO. |
|---|---|---|---|---|
| | Embroidered Bow Skirt | 2004 | November 12, 2004 | VA-1-292-109 |
| | Organdy Festive Skirt | 2004 | October 10, 2004 | VA-1-244-851 |
| | Fortuny Flocked Sateen Skirt | 2004 | October 30, 2004 | VA-1-244-849 |

DM2\1236756.1

8

Exhibit 14



