**Exhibit 15**



**Receipt**
Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



No.    1-51N5T

Date: 8/31/2007 3:03:38 PM

**Received**

| | |
|---|---|
| Form(s): | VA (1) |
| Deposit Count: | 1 |
| Piece Count: | 1 |
| Type of Deposit: | Identifying Material |
| Documents: | |
| Other Enclosures: | |
| Title: | VIZCAYA DRESS |
| # of Additional Titles: | |
| Priority: | |
| Received By: | DAFE |
| # of Document | |

☐ Search Report
☐ Search
☐ Retrieval
☐ Correspondence
☐ Inspection
☐ Photocopies
☐ Additional Certificate
☐ Certification
☐ Secure Test Exam
Other:

Received From:   Jennison & Schultz        Phone:
                 2001 Jefferson Davis Highway
                 Arlington, VA 22202

Representing:   Anthropologie, Inc.        Phone:

**Correspondence Id**

| Fees | | Method of Payment | Amount |
|---|---|---|---|
| No Fee: | ☐ | Check: | |
| Fee to be Determined: | ☐ | Money Order: | |
| Base Fee: | $45.00 | Deposit Account: JENNISON AND SHULTZ, PC LAW OFFICES | |
| Special Handling Fee: | $ | | |
| Secure Test Exam Fee: | $ | | |
| Total Due: | $45.00 | | |

Total Payment:    $45.00

**Notes**

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

COPY

**RECEIVED**

AUG 3 1 2007

COPYRIGHT OFFICE
PUBLIC OFFICE

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA                VAU
EFFECTIVE DATE OF REGISTRATION

Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
VIZCAYA DRESS

**NATURE OF THIS WORK ▼** See instructions
Fabric Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**NAME OF AUTHOR ▼**
Anthropologie, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a    Author's Nationality or Domicile



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____
VA           VAU
EFFECTIVE DATE OF REGISTRATION

_____
Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
VIZCAYA DRESS

**NATURE OF THIS WORK ▼** See instructions
Fabric Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**NAME OF AUTHOR ▼**
Anthropologie, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    Domiciled in Pennsylvania

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2006
Year   This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month April   Day 15   Year 2007
USA   Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Anthropologie, Inc.
5000 S. Broad Street
Philadelphia PA 19112

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

---

MORE ON BACK ▷ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
Jennison & Shultz, PC                            080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway, New York, New York 10036-4086

Area code and daytime telephone number  ( 212 ) 692-1027       Fax number  ( 212 ) 692-1020
Email   GPGulia@DuaneMorris.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Claimant
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John N. Jennison                                              Date  August 31, 2007

Handwritten signature (X) ▼
X _[signature]_

Certificate will be mailed in window envelope to this address:

| Name ▼ |
|---|
| Duane Morris LLP    Attention: Gregory P. Gulia, Esq. |
| Number/Street/Apt ▼ |
| 1540 Broadway |
| City/State/ZIP ▼ |
| New York, NY 10036-4086 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §505(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev 07/2006   Print: 07/2006—30,000   Printed on recycled paper                    U.S. Government Printing Office: 2004-320-958/60,125





# Exhibit 16

Peter S. Sloane (PS 7204)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Phone: (212) 382-0700
Fax:    (212) 382-0888
E-mail: psloane@ostrolenk.com

Attorneys for Defendant Forever 21, Inc.

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHROPOLOGIE, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>FOREVER 21, INC.,<br><br>            Defendant. | Civil Action No.:<br>07-CV-7873 (RJS) |

### DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1)

Defendant, Forever 21, Inc. ("Defendant"), by and through its attorneys, Ostrolenk, Faber, Gerb & Soffen, LLP, for its initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1), hereby states as follows:

A.      **Identification of Individuals Likely to have Discoverable Information**

Defendant believes that the following individuals may have discoverable information regarding the allegations contained in the Complaint:

1. Henry Lee
   One Clothing
   2121 E. 37th St.
   Vernon, CA
   Tel: 323-846-5700

The source of some of the allegedly infringing garments provided to Defendant.

2. Michelle Yoon
   Salt & Pepper
   1015 S. Crocker St. #S08
   Los Angeles, CA  90021
   Tel: 323-232-7999

The source of some of the allegedly infringing garments provided to Defendant.

3. Jennifer Lee
   Uno Textile
   1015 E. 14th St.
   Los Angeles, CA  90021
   Tel: 323-747-4378

The source of some of the allegedly infringing garments provided to Defendant.

4. Tom Kim
   Original Inc.
   1015 S. Crocker St. #Q23
   Los Angeles, CA  90021
   Tel: 213-746-98890

The source of some of the allegedly infringing garments provided to Defendant.

5. Key Chu
   Steps of CA
   2155 E. 7th St. #125
   Los Angeles, CA  90023
   Tel: 323-261-2233

The source of some of the allegedly infringing garments provided to Defendant.

6. Concord Ventures
   P.O BOX 9117 SAIF ZONE
   SHARJAH, U.A.E.
   971 6 5572477

The source of some of the allegedly infringing garments provided to Defendant

7. Heather Choi
   Forever 21, Inc.
   2001 South Alameda Street
   Los Angeles, CA 90058

The selection and purchase of garments to be sold by Defendant, including the allegedly infringing garments. This individual may be contacted through Defendant's counsel.

8. Monica Rao
   Forever 21, Inc.
   2001 South Alameda Street
   Los Angeles, CA 90058

The selection and purchase of garments to be sold by Defendant, including the allegedly infringing garments. This individual may be contacted through Defendant's counsel.

9. Ann Cadier-Kim
   Forever 21, Inc.
   2001 South Alameda Street
   Los Angeles, CA 90058

Financials regarding garments sold by Defendant. This individual may be contacted through Defendant's counsel.

10. Donna Hampton
    Forever 21, Inc.
    2001 South Alameda Street
    Los Angeles, CA 90058

The allocation and distribution of garments sold by Defendant. This individual may be contacted through Defendant's counsel.

Defendant reserves the right to supplement, if necessary, this initial disclosure as additional facts are discovered during the pendency of this action which are presently not known.

{00901613.1}                                    3

B.  **Description of Documents by Category and Location**

The following is a description, by category, of the documents that Defendant believes, at the present time, may be used in support of its defenses as set forth in its Answer to the Complaint.

1. Purchase orders.

2. Debit/credit memos.

3. Electronic inventory reports.

4. Packaging slips.

5. Electronic communications.

As presently known, relevant documents regarding Defendant's non-infringement that are in the possession, custody or control of Defendant and that Defendant may use to support its defenses may be found at the below location.

> Forever 21, Inc.
> 2001 S. Alameda Street
> Los Angeles, California 90058

Defendant reserves the right to supplement, if necessary, this initial disclosure as additional facts are discovered during the pendency of this action which are presently not known.

C.  **Computation Of Damages**

Subject to Defendant's right to amend its Answer to the Complaint and to supplement its Initial Disclosures as appropriate, or as subsequently deemed necessary as a result of discovery in the captioned matter, Defendant informs Plaintiff and the Court that it does not seek damages at this time.

D.  **Insurance Agreements**

Defendant does not have any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or any part of a judgment which may be entered in the action or to indemnify or reimburse for payments to satisfy the judgment. Defendant reserves the right to supplement, if necessary, this initial disclosure as additional facts are discovered during the pendency of this action which are presently not known.

Dated: January 28, 2008
       New York, New York

Respectfully submitted,

OSTROLENK, FABER, GERB & SOFFEN, LLP

By: _____
    Peter S. Sloane (PS 7204)

1180 Avenue of the Americas
New York, New York  10036-8403
Telephone:  (212) 382-0700
Facsimile:  (212) 382-0888
E-Mail:     psloane@ostrolenk.com

Attorneys for Defendant Forever 21, Inc.

{00901613.1}                          5

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing **DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1)** was served upon counsel for Plaintiff this 28th day of January, 2008, by First-Class mail, postage prepaid, addressed as follows:

>   Gregory P. Gulia, Esq.
>   DUANE MORRIS LLP
>   1540 Broadway
>   New York, New York  10036

*/s/ Peter S. Sloane*
Peter S. Sloane