Exhibit 17









**Exhibit 18**





**Exhibit 19**





**Exhibit 20**





**Exhibit 21**





Exhibit 22





Exhibit 23





**Exhibit 24**





Exhibit 25





Exhibit 26

## Fashion & Style

FASHION & STYLE   DINING & WINE   HOME & GARDEN   WEDDINGS/CELEBRATIONS   T: THE M

### Faster Fashion, Cheaper Chic

Published: May 10, 2007

(Page 2 of 2)

Forever 21 maneuvered its way into the cheap-chic arena at a propitious moment. "Consumers were cross-shopping more than ever and growing more confident that they don't have to rely on name brand to ensure good taste," said Robert Burke, a New York retail consultant. He added that in the last two years the company managed to shed its formerly frowsy image, one he characterized as "mostly bad polka dots — a little Melanie Griffith 'Working Girl.' "

Whereas its rival H&M offers both dolly-bird styles and urban chic staples like trench jackets and pencil skirts, Forever 21 appeals to shoppers with a sweet tooth who snap up toile-colored psychedelic prints like M&Ms. But at the Beverly Center store, a saccharine adult could easily catch the eye of one shopper in her 50s, a consultant to graduate students, who was too embarrassed to give her full name.

"I feel a little self-conscious coming here by myself," she confided. "I'm too old." While she would bypass 90 percent of the store's offerings, she called the remainder "an incredible buy." Then she made for the register clutching a flower-patterned cotton shirt at $22.80. "How do you beat that?" she exulted.

Unlike the ever-bright and tidy stores in Los Angeles, the Forever 21 emporiums on West 34th Street and in Union Square in Manhattan have the hectic appeal of a jumble sale, with teeming aisles, cramped racks and the occasional pair of shorts or skirt trampled

Next Article in Fashion ...

SIGN IN TO E-MAIL
OR SAVE THIS

☐ PRINT
☐ SINGLE PAGE
☐ REPRINTS
☐ SHARE

Your Money E-Mail

Sign up for a personal finance newsletter.
See Sample | P

Find Your Te

I gradu

claremost

MOST POPULAR

1. The Minimalist: A
2. The Curious Cook:
   How Dirty Is That
3. Doctors Reap Milli
4. Green Tube Charg
5. Love, Honor, Chee
6. Prenatal Test Puts
7. Video: Pregnant W
8. Psychiatrists, Chil



Hicks Meade for The New York Times
The founders, Jin and Don Chang.

Enlarge This Image



Fashionista.com compares the styles of Foley & Corinna, left, and Forever 21.

Lindsay Lohan's closet.

On a recent Friday evening, discarded merchandise was hurriedly ferried from the canvas-curtained fitting rooms back to the racks and to tables piled pell-mell with castoffs. Colleen O'Neill, who works in the buying office of MatchArt, the Italian fashion label, ignored the line snaking toward the changing area, preferring to stand in the middle of the sales floor tugging a tropical print sundress over her shirt. "Who can wait for a fitting room," she said.

With a friend and a fellow worker, Ana Burcroff, Ms. O'Neill scours the store for bargains every other day. "But it's really hard to find things here in your size," she said, explaining that they sell out quickly, "so we look for a style we like and go back and buy it online back at work."

She liked that "the clothes are on trend," she added, "almost indistinguishable from designer clothes."

Indeed. On the evidence of the wares at stores in Los Angeles and Manhattan, the merchants are clever enough to emulate a handful of retail competitors, reproducing the styles scouted on the runways and at upscale boutiques.

Diane Von Furstenberg filed a lawsuit last month against Forever 21 for replicating a DVF dress down to its print, fabric and color. Current law does not protect clothing design from being copied (logos are an exception), but Ms. Von Furstenberg and other American designers have been lobbying Congress since last year to expand the copyright statute that protects music and books. Such a change is considered a long shot.

Anna Corinna, a partner at Foley & Corinna, a boutique on Manhattan's Lower East Side, was startled to discover a photograph of a Forever 21 evening dress on a blog, Fashionista.com, alongside one of her store's designs. From their fluid cut and noodle straps to the floral panel running down their fronts, the dresses were almost identical. The Foley & Corinna dress sells for more than $400, the copy for about $40.

"When I looked at those pictures, I didn't know which dress was ours at first," Ms. Corinna said. "It's almost as if their people had told themselves: 'Hmm, this is good stuff. Let's forget product development and just make what they are doing.'"

"I would love to do something like this," Ms. O'Neill added. "But this is just a blatant steal." She is not planning to take action.

Ms. Boisset of Forever 21 said that the company works with many suppliers and does not always know where their ideas originate.

In such cases, it is sometimes the customer who has the last word. "I found a wrap dress here that looked just like one by Diane Von Furstenberg," Ms. O'Neill recalled as she shopped at the 34th Street store in Manhattan. Did it trouble her that the company appeared to be trading in knockoffs? "Not really," she confessed. "That dress, you know, I bought it."

◄ PREVIOUS PAGE    1 | 2

Next Article in Fashion & Style (1 of 12) »

Need to know more? 50% off home delivery of The Times.

Ads by Google                                                        what's this?

SAP for Midsize Companies
SAP Has Affordable Solutions For Midsize Companies. Learn More!
SAP.com/midsize

Ann Taylor&trade; Petites
See the New Summer Collection of Dresses, Pants, Skirts & more
www.AnnTaylor.com

Top 5 Stocks for 2007
America's Leading Stock Experts Share Their Top Picks. Free Report.
www.NewsletterAdvisors.com

Tips
To find reference information about the words used in this article, double-click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

Past Coverage
FRONT ROW; No Hiding From Alice Roi (May 3, 2007)
CRITICAL SHOPPER; No Store Is a Mere to Its Unit (May 3, 2007)
ONLINE SHOPPER; A Narrow Window Into the Future (April 26, 2007)
(If There's a Buck In It Somewhere (April 26, 2007)

Related Searches
Retail Stores and Trade
Apparel
Trademarks and Trade Names
Economic Conditions and Trends

HOME & GARDEN

A Closest-to-the-Pin Contest for PGA Tour Caddies

Order and Chaos in a Single Heartbeat



Disillusioned Diva With Glimmers of Soul

An Endless Tug of War

Margaret MacMillan on the eternal conflict between Congress and the president over foreign policy.



The Incredible Flying Nanny

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Re

Copyright 2007 The New York Times Company | Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us