USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 6/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHROPOLOGIE, INC.,

          Plaintiff,

-v-

FOREVER 21, INC., *et al.*,

          Defendants.

No. 07 Civ. 7873 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the parties in the above-entitled action shall appear for a pre-motion conference regarding plaintiff's proposed motion to file a second amended complaint on _June 10, 2008 @ 11AM_ in the United States District Court, Courtroom 21C, 500 Pearl St., New York, New York.

SO ORDERED.

DATED:    New York, New York
               June 3, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE