Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| ANTHROPOLOGIE, INC., | : | |
| | : | Civil Action No |
| Plaintiff, | : | 07-CV-7873 (RJS)(MHD) |
| | : | |
| -v- | : | **NOTICE OF APPEARANCE** |
| | : | |
| FOREVER 21, INC., | : | ECF |
| ONE CLOTHING, INC., ORIGINAL INC., | : | |
| SALT & PEPPER, STEPS OF CA, | : | |
| UNO TEXTILE, and CONCORD VENTURE, | : | |
| Defendants. | : | |

--------------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as lead counsel on behalf of Defendant

Forever 21, Inc. in the above-captioned case. The undersigned is admitted to practice in this

Court and has an office and address as indicated below.

Dated: New York, New York
         June 20, 2008                            Respectfully submitted,

                          By:     s/ Robert L. Powley
                                  Robert L. Powley (RP 7674)
                                  James M. Gibson (JG 9234)
                                  David J. Lorenz (DL 3072)
                                  Hewson Chen (HC 1608)

                                  Powley & Gibson, P.C.
                                  304 Hudson Street, 2nd Floor
                                  New York, New York  10013
                                  Phone: 212-226-5054
                                  Fax:    212-226-5085

                                  Attorneys for Defendant
                                  Forever 21, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR

ROBERT L. POWLEY was served upon counsel for Plaintiff by ECF and First-Class Mail,

postage prepaid, on this 20th day of June 2008, addressed as follows:

> Gregory P. Gulia
> Vanessa C. Hew
> DUANE MORRIS LLP
> 1540 Broadway
> New York, NY  10036-4086
> Tel. (212) 692-1000

> _____
> Julio M. Lopez