Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
ANTHROPOLOGIE, INC.,                          :
                                              :    Civil Action No
           Plaintiff,                         :    07-CV-7873 (RJS)(MHD)
                                              :
     -v-                                      :    **NOTICE OF APPEARANCE**
                                              :
FOREVER 21, INC.,                             :    ECF
ONE CLOTHING, INC., ORIGINAL INC.,            :
SALT & PEPPER, STEPS OF CA,                   :
UNO TEXTILE, and CONCORD VENTURE,             :
           Defendants.                        :
-----------------------------------------------------------------x

     THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendant Forever 21, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

Dated: New York, New York
       June 20, 2008                           Respectfully submitted,

                                  By:    s/ James M. Gibson
                                         Robert L. Powley (RP 7674)
                                         James M. Gibson (JG 9234)
                                         David J. Lorenz (DL 3072)
                                         Hewson Chen (HC 1608)

                                         Powley & Gibson, P.C.
                                         304 Hudson Street, 2nd Floor
                                         New York, New York  10013
                                         Phone: 212-226-5054
                                         Fax:    212-226-5085

                                         Attorneys for Defendant
                                         Forever 21, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR JAMES M. GIBSON was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 20th day of June 2008, addressed as follows:

>Gregory P. Gulia
>Vanessa C. Hew
>DUANE MORRIS LLP
>1549 Broadway
>New York, New York  10036-4086
>Tel. (212) 692-1000

_____
Julio M. Lopez