Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
ANTHROPOLOGIE, INC., :
: Civil Action No
Plaintiff, : 07-CV-7873 (RJS)(MHD)
:
-v- : **NOTICE OF APPEARANCE**
:
FOREVER 21, INC., : ECF
ONE CLOTHING, INC., ORIGINAL INC., :
SALT & PEPPER, STEPS OF CA, :
UNO TEXTILE, and CONCORD VENTURE, :
Defendants. :
-----------------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendant Forever 21, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

Dated: New York, New York      Powley & Gibson, P.C.
      June 20, 2008
                              By:   s/ David J. Lorenz
                                    Robert L. Powley (RP 7674)
                                    James M. Gibson (JG 9234)
                                    David J. Lorenz (DL 3072)
                                    Hewson Chen (HC 1608)

                                    Powley & Gibson, P.C.
                                    304 Hudson Street, 2nd Floor
                                    New York, New York  10013
                                    Phone: 212-226-5054
                                    Fax:    212-226-5085

                                    Attorneys for Defendant
                                    Forever 21, Inc.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR DAVID J. LORENZ was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 20th day of June 2008, addressed as follows:

>Gregory P. Gulia
>Vanessa C. Hew
>DUANE MORRIS LLP
>1540 Broadway
>New York, NY  10036-4086
>Tel. (212) 692-1000

_____
Julio M. Lopez