Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc., One Clothing, Inc.,
Salt & Pepper, Steps of CA
and Uno Textile

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
ANTHROPOLOGIE, INC.,                          :
                                              :
                    Plaintiff,                :      Civil Action No
                                              :      07-CV-7873 (RJS)(MHD)
       -v-                                    :
                                              :      **NOTICE OF APPEARANCE**
FOREVER 21, INC.,                             :
ONE CLOTHING, INC., ORIGINAL INC.,            :      ECF
SALT & PEPPER, STEPS OF CA,                   :
UNO TEXTILE, and CONCORD VENTURE,             :
                                              :
                    Defendants.               :
-------------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendants One Clothing, Inc., Salt & Pepper, Steps of CA and Uno Textile in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

Dated: New York, New York  
       June 27, 2008

Powley & Gibson, P.C.

By:   s/ Robert L. Powley  
Robert L. Powley (RP 7674)  
James M. Gibson (JG 9234)  
David J. Lorenz (DL 3072)  
Hewson Chen (HC 1608)

Powley & Gibson, P.C.  
304 Hudson Street, 2nd Floor  
New York, New York 10013  
Phone: 212-226-5054  
Fax: 212-226-5085

Attorneys for Defendants  
Forever 21, Inc., One Clothing, Inc.,  
Salt & Pepper, Steps of CA  
and Uno Textile

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR ROBERT L. POWLEY was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 27th day of June 2008, addressed as follows:

> Gregory P. Gulia
> Vanessa C. Hew
> DUANE MORRIS LLP
> 1540 Broadway
> New York, NY 10036-4086
> Tel. (212) 692-1000

*/s/ Julio M. Lopez*
Julio M. Lopez