Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc., One Clothing, Inc.,
Salt & Pepper, Steps of CA
and Uno Textile

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANTHROPOLOGIE, INC.,                    :
                                        :
                    Plaintiff,          :    Civil Action No
                                        :    07-CV-7873 (RJS)(MHD)
        -v-                             :
                                        :    **NOTICE OF APPEARANCE**
FOREVER 21, INC.,                       :
ONE CLOTHING, INC., ORIGINAL INC.,      :    ECF
SALT & PEPPER, STEPS OF CA,             :
UNO TEXTILE, and CONCORD VENTURE,       :
                                        :
                    Defendants.         :
------------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendants One Clothing, Inc., Salt & Pepper, Steps of CA and Uno Textile in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

2

Dated: New York, New York
      June 27, 2008

Powley & Gibson, P.C.

By:   s/ David J. Lorenz
     Robert L. Powley (RP 7674)
     James M. Gibson (JG 9234)
     David J. Lorenz (DL 3072)
     Hewson Chen (HC 1608)

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York  10013
Phone: 212-226-5054
Fax:   212-226-5085

Attorneys for Defendants
Forever 21, Inc., One Clothing, Inc.,
Salt & Pepper, Steps of CA
and Uno Textile

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR DAVID J. LORENZ was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 27th day of June 2008, addressed as follows:

>Gregory P. Gulia
>Vanessa C. Hew
>DUANE MORRIS LLP
>1540 Broadway
>New York, NY 10036-4086
>Tel. (212) 692-1000

_____
Julio M. Lopez