UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

ANTHROPOLOGIE, INC.,

                Plaintiff,

-v-

FOREVER 21, INC., *et al.*,

                Defendants.

No. 07 Civ. 7873 (RJS)
ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

        Defendants' request for an extension of time in which to answer or otherwise respond to the Amended Complaint is GRANTED. Pursuant to my Individual Practices, Rule 2.A, defendants shall submit a pre-motion letter by July 2, 2008, setting forth the bases for their contemplated motion to dismiss as well as pertinent authority in support thereof. Plaintiffs shall respond in kind by July 8, 2008. The parties shall appear for a pre-motion conference on July 18, 2008 at 9:30 a.m.

SO ORDERED.

DATED:    New York, New York
               June 30, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE