Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc., One Clothing, Inc.,
Original, Inc., Salt & Pepper, Steps of CA
and Uno Textile

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| ANTHROPOLOGIE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No |
| | : | 07-CV-7873 (RJS)(MHD) |
| -v- | : | |
| | : | **NOTICE OF APPEARANCE** |
| FOREVER 21, INC., | : | |
| ONE CLOTHING, INC., ORIGINAL INC., | : | ECF |
| SALT & PEPPER, STEPS OF CA, | : | |
| UNO TEXTILE and CONCORD VENTURE, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

      THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendant Original, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

Dated: New York, New York
        July 2, 2008

Powley & Gibson, P.C.

By:    s/ Robert L. Powley
       Robert L. Powley (RP 7674)
       James M. Gibson (JG 9234)
       David J. Lorenz (DL 3072)
       Hewson Chen (HC 1608)

       Powley & Gibson, P.C.
       304 Hudson Street, 2nd Floor
       New York, New York  10013
       Phone: 212-226-5054
       Fax:    212-226-5085

       Attorneys for Defendants
       Forever 21, Inc., One Clothing, Inc.,
       Original, Inc., Salt & Pepper,
       Steps of CA and Uno Textile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR

ROBERT L. POWLEY was served upon counsel for Plaintiff by ECF and First-Class Mail,

postage prepaid, on this 2nd day of July 2008, addressed as follows:

> Gregory P. Gulia
> Vanessa C. Hew
> DUANE MORRIS LLP
> 1540 Broadway
> New York, NY  10036-4086
> Tel. (212) 692-1000

Julio M. Lopez