Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc., One Clothing, Inc.,
Original, Inc., Salt & Pepper, Steps of CA
and Uno Textile

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
ANTHROPOLOGIE, INC.,                                             :
                                                                 :
                                 Plaintiff,                      :    Civil Action No
                                                                 :    07-CV-7873 (RJS)(MHD)
         -v-                                                     :
                                                                 :    **NOTICE OF APPEARANCE**
FOREVER 21, INC.,                                                :
ONE CLOTHING, INC., ORIGINAL INC.,                               :    ECF
SALT & PEPPER, STEPS OF CA,                                      :
UNO TEXTILE and CONCORD VENTURE,                                 :
                                                                 :
                                 Defendants.                     :
-----------------------------------------------------------------x

  THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendant Original, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

2

Dated: New York, New York  
      July 2, 2008

Powley & Gibson, P.C.

By:    s/ Hewson Chen  
      Robert L. Powley (RP 7674)  
      James M. Gibson (JG 9234)  
      David J. Lorenz (DL 3072)  
      Hewson Chen (HC 1608)

Powley & Gibson, P.C.  
304 Hudson Street, 2nd Floor  
New York, New York 10013  
Phone: 212-226-5054  
Fax:    212-226-5085

Attorneys for Defendants  
Forever 21, Inc., One Clothing, Inc.,  
Original, Inc., Salt & Pepper,  
Steps of CA and Uno Textile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR HEWSON CHEN was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 2nd day of July 2008, addressed as follows:

>Gregory P. Gulia
>Vanessa C. Hew
>DUANE MORRIS LLP
>1540 Broadway
>New York, NY  10036-4086
>Tel. (212) 692-1000

_____
Julio M. Lopez