**Exhibit 1**



Anthropologie Open Work
Blue Dress #IN9226

Antropologie Open Work
Blue Dress Closeup of
Embroidery #DSP7216



Androgenic Open Work
Embroidery #DKF1216

Anthropologist Open Work
Blue Book #0NFF236



**Exhibit 2**



Anthropologie Angie
Striped Back Tank Top
60/6.RRA1704
Top Front



Anthropological Rainbow Argyle
Striped Patterns, Top Back
0ARKE0

**Exhibit 3**

Anthropologie Lovefern Tee
Heart Shaped Patterned Tank
Top Back #610870

Anthropologie Leechers Tee
Heart Shaped Patterned Tank
Top Back #610570

**Exhibit 4**

Anthropologie Elbow Sleeve Plaid Printed Thermal Yellow, white and green checkered T-Shirt #650118



Anthropologie Elbow Sleeve
Plaid Printed Thermal Yellow,
white and green checkered
T-Shirt Back #650148

**Exhibit 5**



Anthropologie Elbow Sleeve
Plaid Printed Thermal Orange,
beige and blue checkered
T-Shirt Front #65APPTF278



**Exhibit 6**



Anthropologie Brown
Dress Front #71AISSU/771

Anthropologie Brown
Dress Back
#71AX8SU771




Anthropologie Brown
Dress Close-up of
Embroidery
#71AM47771

**Exhibit 7**



Anthropologic Flower
Dress Front
#71AAR0T1S1

Anthropologie Power
Dress Back
#71A&INT181



**Exhibit 8**

Anthropologie
Edelweiss Tie-Back
Front

Anthropologie Edelweiss
Tie-Back Back

**Exhibit 9**



**Anthropologie Bohio Smock
Front**



**Anthropologie Bohio Smock Back**