**Exhibit 10**

COPYRIGHT OFFICE, LIBRARY OF CONGRESS, WASHINGTON, D.C. 20559-6000    NO. 31999

| DATE & TIME RECEIVED 7-30-07 4:45 AMPM | DATE DUE | | |
|---|---|---|---|
| SPECIAL HANDLING FEE | Cash | Other D.A. | $ 685 |
| FILING FEE | Cash | Other D.A. | $ 45 |
| DOCUMENT RECORDATION FEE | Cash | Other D.A. | $ |
| OTHER SERVICES | Cash | Other D.A. | $ |
| | | | 730.00 |

D.A. Name: Jennison & Schultz    No.: 080519

**received**
☐ Not examined in I&R
Form(s) 1 VA
No. of Copies photo-copies w/o(er)
Document(s)
Correspondence
Cover Letter ✓ S.H. Request
Other

**services**    Estimate given by
Additional Certificate    $
Certifications    $
Other    $
TOTAL    $
REFER TO

**title**
GARDEN CITY TIE BACK

received from John N. Jennison    representing    phone
city, state, ZIP 2001 5th Ave. Davis Hwy. #1102
received/approved by L. Savvy    date 7-30-07    time 4:45

correspondence ☐ Date:    ETN:    Examiner:

**routing**    M.C. Notified: Date/Time...........

| | in DATE/TIME | out DATE/TIME | INITIALS | | Initials of Expe-diter | in DATE/TIME | out DATE/TIME | INITIALS |
|---|---|---|---|---|---|---|---|---|
| Mail Room | | | | Selection | | | | |
| Data Prep | | | | Cataloging | | | | |
| Receiving | | | | CPU | | | | |
| Exam. D.O.? | | | | Documents Unit (Docs.) | | | | |
| D & A? | | | | | | | | |
| Reg. Numbering | | | | (*for Special Relief Cases only) | | | | |

**certificate(s)/**    ☒ Deliver to Public Office    ☐ Regular Mail    ☐ Other    Account no.: 702-
**document(s)**    Initials    Telephone#: 415-1640
Contact: John Jennison    RemitterCalled/Date/Time.............    Initials
☐ Delivered to Certs. & Docs. Unit    Telephone:    Date:
Picked up by:    Received By:    Date:

**notes**
**registration** (or Vol. & Page) no.(s)

**receipt for**    SPECIAL HANDLING    **request**

If you are filing an application for registration, please read the    REMITTER COPY

The receipt on the opposite side of this form is intended to show that the material described was received in the Copyright Office on the date given. Receipt of material is merely a preliminary step in the registration/recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration/recordation.

Official action on an application for copyright registration or on a document submitted for recordation can be taken only after there has been full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration or recordation on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional and are not binding either upon the applicant or upon the Office.

Processing a claim under special handling procedures takes a minimum of 5 working days after (1) all the necessary elements are submitted and fees paid and (2) after the request for special handling has been approved. If the claim requires correspondence, processing may be delayed.



# Receipt

No. 189535
Date July 30, 2007

**HDC** Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, DC 20559-6000

## Received
- ☐ Not examined in information section
- Form(s) 7 VA
- Number of copies 7
- Type of deposit copies color copies (7)
- Document(s)
- ☐ Cover letter
- ☐ Other enclosures
- ☐ Refer to

## Services
- ☐ Search
- ☐ Photocopies
- ☐ Additional certificates
- ☐ Certifications
- ☐ Secure text exam
- ☐ Transfer to photoduplication
- ☐ Other (specify)

## Method of Payment
- ☐ Cash
- ☐ Check
- ☐ Money order
- ☒ Deposit acct # 080519  Amount: 315.⁰⁰
- ☐ Credit card  Type:  Auth #:  Amount:

- ☐ No Fee
- ☐ Fee to be determined
- ☐ For connection
- ETN:

**Total Payment: $ 315.⁰⁰**

Received from  Jennison & Shultz  Phone
Address  2001 Jeff. Davis Hwy  +1102 cxjthn 7/27/09
Arlington, VA 22202

Representing  Phone

Received for the Register of Copyrights by
L.J.

Title
LoveloRN TEE

... and ⌐ others

Notes

SEE REVERSE FOR IMPORTANT INFORMATION

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

Registration Number
VA 1-418-949
EFFECTIVE DATE OF REGISTRATION
JUL 30 2007

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼ — NATURE OF THIS WORK ▼ See instructions
GARDEN CITY TIE-BACK — Fabric Design

Previous or Alternative Titles ▼
FTJARN#7181

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

---

**2** NAME OF AUTHOR ▼
**a** Anthropologie, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
Citizen of _____
Domiciled in Pennsylvania

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☒ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3** Year in Which Creation of This Work Was Completed
**a** 2007 Year — This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
**b** Complete this information ONLY if this work has been published.
Month FEBRUARY Day 15 Year 2007
Nation U.S.A.

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

U.O.D. Inc.
300 Delaware Avenue
Wilmington, Delaware 19801

APPLICATION RECEIVED
JUL 3 0 2007
ONE DEPOSIT RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.O.D. Inc.

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___



**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Jenzison & Shultz, PC   Account Number ▼   080519

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway, New York, New York 10036-4086

Area code and daytime telephone number ( 212 ) 692-1027   Fax number ( 212 ) 692-1020
Email GPGulia@DuaneMorris.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Claimant
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John N. Jenzison   Date July 30, 2007

Handwritten signature (X) ▼   [signature]

**8**

Certificate will be mailed in window envelope to this address:
Name ▼
Duane Morris LLP Attention: Gregory P. Gulia, Esq.
Number/Street/Apt ▼
1540 Broadway
City/State/Zip ▼
New York, New York 10036-4086

**9**

Form VA
UNITED STATES COPYRIGHT OFFICE
VA / VAU
EFFECTIVE DATE OF REGISTRATION

JUL 3 0 2007
COPYRIGHT OFFICE
PUBLIC OFFICE

Month  Day  Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼ — NATURE OF THIS WORK ▼ See instructions
GARDEN CITY TIE-BACK — Fabric Design.

Previous or Alternative Titles ▼
#F16ARMT161

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼
a. Anthropologie, Inc.

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in Pennsylvania }

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 3-Dimensional artwork     ☐ Photograph     ☐ Text
                            ☐ Design on sheetlike material



# Form VA

For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA / VAU

EFFECTIVE DATE OF REGISTRATION

Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼     NATURE OF THIS WORK ▼ See instructions

GARDEN CITY TIE-BACK     Fabric Design.

Previous or Alternative Titles ▼

#71AARMT181

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2** NAME OF AUTHOR ▼

a   Anthropologie, Inc.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile Name of Country
OR { Citizen of ▁▁▁▁▁▁
    Domiciled in Pennsylvania

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

Dates of Birth and Death
Year Born ▼   Year Died ▼

---

Name of Author ▼

b

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile Name of Country
OR { Citizen of ▁▁▁▁▁▁
    Domiciled in ▁▁▁▁▁▁

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

Dates of Birth and Death
Year Born ▼   Year Died ▼

---

**3**
a   Year in Which Creation of This Work Was Completed   2007   Year  
    This information must be given in all cases.

b   Date and Nation of First Publication of This Particular Work
    Complete this information ONLY if this work has been published.
    Month February   Day 15   Year 2007
    Nation USA

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

U.O.D. Inc.
300 Delaware Avenue
Wilmington, Delaware 19801

See instructions before completing this space.

Transfer If the claimant(s) named in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.O.D. Inc.

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

APPLICATION RECEIVED

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
     • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ▁▁ pages

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA     VAU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
GARDEN CITY TIE-BACK

**NATURE OF THIS WORK ▼** See instructions
Fabric Design.

**Previous or Alternative Titles ▼**
#71 AARMT181

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**1**

**NAME OF AUTHOR ▼**
Anthropologie, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
      Domiciled in Pennsylvania }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No   *If the answer to either of these questions is "Yes," see detailed instructions.*
Pseudonymous? ☐ Yes  ☑ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate boxes. **See instructions**
☐ 3-Dimensional sculpture   ☐ Map               ☐ Technical drawing
☑ 2-Dimensional artwork     ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

---

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
      Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No   *If the answer to either of these questions is "Yes," see detailed instructions.*
Pseudonymous? ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate boxes. **See instructions**
☐ 3-Dimensional sculpture   ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

---

**3**

**Year in Which Creation of This Work Was Completed**
2007
◄ **Year**
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month February   Day 13   Year 2007
Nation USA

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
U.D.D. Inc.
100 Greene Avenue
Wilmington, Delaware 19801

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.D.D.

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages



DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  Jemison & Shultz, PC
Account Number ▼  080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway, New York, New York 10036-4086

Area code and daytime telephone number ( 212 ) 692-1027    Fax number ( 212 ) 692-1020
Email  GPGulia@DuaneMorris.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Claimant
Name of author or other copyright claimant, or owner of exclusive rights ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John H. Jemison                                           Date  July 30, 2007
Handwritten signature (X) ▼
X  /s/

Certificate will be mailed in window envelope to this address:
Name ▼  Duane Morris LLP  Attention: Gregory P. Gulia, Esq.
Number/Street/Apt ▼  1540 Broadway
City/State/Zip ▼  New York, New York 10036-4086

* 17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full (rev 07/2006)   Printed on recycled paper   U.S. Government Printing Office









**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

VA     VAU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼
LOVELORN TEE

NATURE OF THIS WORK ▼ See instructions
Fabric Design.

Previous or Alternative Titles ▼
#610070 Heart Patterned Tank

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

NAME OF AUTHOR ▼
Anthropologie, Inc.

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
Citizen of _____
Domiciled in Pennsylvania

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

Author's Nationality or Domicile
Name of Country
Citizen of _____
Domiciled in _____

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

Year in Which Creation of This Work Was Completed
2006
◄ Year
This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month November    Day 15    Year 2006
Nation USA

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
U.O.D. Inc.
300 Delaware Avenue
Wilmington, Delaware 19801

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Anthropologie, Inc. is a wholly owned subsidiary of U.O.D. Inc.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ►
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY _____ FORM VA
CHECKED BY _____
☐ Yes  CORRESPONDENCE  FOR COPYRIGHT OFFICE USE ONLY

ID    Document 33-5    Filed 

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Jennison & Shultz, PC        Account Number ▼ 080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Gregory P. Gulia, Esq.
Duane Morris LLP
1540 Broadway, New York, New York 10036-4086

Area code and daytime telephone number ( 212 ) 692-1027    Fax number ( 212 ) 692-1020
Email GPGulia@DuaneMorris.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John N. Jennison        Date July 30, 2007

Handwritten signature (X) ▼ [signature]

Certificate will be mailed in window envelope to this address:
Name ▼ Duane Morris LLP   Attention: Gregory P. Gulia, Esq.
Number/Street/Apt ▼ 1540 Broadway
City/State/Zip ▼ New York, New York 10036-4086

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Form VA   Rev: 07/2006—30,000   Printed on recycled paper    U.S. Government Printing Office: 2004-330-945/60,123