Exhibit 17









**Exhibit 18**

Exhibit 19



Exhibit 20



Exhibit 21







Exhibit 22





Exhibit 23





Exhibit 24





Exhibit 25





**Exhibit 26**

HOME PAGE | MY TIMES | TODAY'S PAPER |
Get Home Delivery

*The New York Times*

# Fashion & Style



WORLD   U.S.   N.Y. / REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION   ARTS   STYLE   TRAVE

AUTOS

FASHION & STYLE   DINING & WINE   HOME & GARDEN   WEDDINGS/CELEBRATIONS   T: STYLE

## Faster Fashion, Cheaper Chic

Published: May 10, 2007

(Page 2 of 2)

Forever 21 maneuvered its way into the cheap-chic arena at a propitious moment. "Consumers were cross-shopping more than ever and growing more confident that they don't have to rely on name brand to ensure good taste," said Robert Burke, a New York retail consultant. He added that in the last two years the company managed to shed its formerly frowsy image, one he characterized as "mostly bad polka dots — a little Melanie Griffith 'Working Girl.'"

Whereas its rival H&M offers both dolly-bird styles and urban chic staples like trench jackets and pencil skirts, Forever 21 appeals to shoppers with a sweet tooth who snap up tode-colored psychedelic prints like M&Ms. But at the Beverly Center store, a nacre unbridled style caught the eye of one shopper in her 50s, a consultant to graduate students, who was too embarrassed to give her full name.

"I feel a little self-conscious coming here by myself," she confided. "I'm too old." While she would bypass 90 percent of the store's offerings, she called the remainder "an incredible buy." Then she made for the register clutching a

flower-patterned cotton shirt at $22.80. "How do you beat that?" she exulted.

Unlike the eye-twisting stores in Los Angeles, the Forever 21 emporiums on West 34th Street and in Union Square in Manhattan have the hectic appeal of a jumble sale, with teeming aisles, cramped racks and the occasional pair of shorts or skirt trampled

SIGN IN TO E-MAIL
OR SAVE THIS

PRINT

SINGLE PAGE

REPRINTS

SHARE

## Your Money E-Mai

Sign up for a perso
weekly money porti
See Sample | Priv

## Find Your H



I gradua

claremas

## MOST POPULAR

1. The Minimalist: A
2. The Curious Cook
   How Dirty Is That
3. Doctors Reap Mill
4. Green Tube Chang
5. Love, Honor, Chee
6. Prenatal Test Puts
7. A Sweat So Sour: I
8. Psychiatrists, Out

Next Article in Fashion ...



Lindsay Lohan's closet.

On a recent Friday evening, discarded merchandise was hurriedly ferried from the canvas-curtained fitting rooms back to the racks and to tables piled pell-mell with castoffs. Colleen O'Neill, who works in the buying office of MaxMara, the Italian fashion label, ignored the line snaking toward the changing area, preferring to stand in the middle of the sales floor tagging a tropical print sundress over her shirt. "Who can wait for a fitting room,"

she said.

With a friend and a fellow worker, Ana Burcroff, Ms. O'Neill scours the store for bargains every other day. "But it's really hard to find things here in your size," she said, explaining that they sell out quickly, "so we look for a style we like and go back and buy it online back at work."

She liked that "the clothes are on trend," she added, "almost indistinguishable from designer clothes."

Indeed. On the evidence of the wares at stores in Los Angeles and Manhattan, the merchants are clever enough to emulate a handful of retail competitors, reproducing the styles scouted on the runways and at upscale boutiques.

Diane Von Furstenberg filed a lawsuit last month against Forever 21 for replicating a DVF dress down to its print, fabric and color. Current law does not protect clothing design from being copied (logos are an exception), but Ms. Von Furstenberg and other American designers have been lobbying Congress since last year to expand the copyright statute that protects music and books. Hers is a challenge considered a long shot.

Anna Corinna, a partner at Foley & Corinna, a boutique on Manhattan's Lower East Side, was startled to discover a photograph of a Forever 21 evening dress on a blog, Fashionista.com, alongside one of her store's designs. From their fluid cut and noodle straps to their floral panel running down their fronts, the dresses were almost identical. The Foley & Corinna dress sells for more than $400, the copy for about $40.

"When I looked at those pictures, I didn't know which dress was ours at first," Ms. Corinna said. "It's almost as if their people had told themselves: 'Mmm, this is good stuff. Let's forget product development and just make what they are doing.'"

"I wo  Document 33-10  Filed", she replied. "But this is just a blatant steal." She is not planning to take action.

Ms. Boisset of Forever 21 said that the company works with many suppliers and does not always know where their ideas originate.

In such cases, it is sometimes the customer who has the last word. "I found a wrap dress here that looked just like one by Diane Von Furstenberg," Ms. O'Neill recalled as she shopped at the 34th Street store in Manhattan. Did it trouble her that the company appeared to be trading in knockoffs? "Not really," she confessed. "That dress, you know, I bought it."

‹ PREVIOUS PAGE    1 | 2

Next Article in Fashion & Style (1 of 12) »

Need to know more? 50% off home delivery of The Times.

Ads by Google                                                    what's this?

SAP for Midsize Companies
SAP Has Affordable Solutions For Midsize Companies. Learn More!
SAP.com/midsize

Ann Taylor® Petites
See the New Summer Collection of Dresses, Pants, Skirts & more
www.AnnTaylor.com

Top 5 Stocks for 2007
America's Leading Stock Experts Share Their Top Picks. Free Report.
www.NewsletterAdvisors.com

Tips
To find reference information about the words used in this article, double-click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

Past Coverage
FRONT ROW; No Hiding From Alice Roi (May 3, 2007)
CRITICAL SHOPPER; No Store Is a Hero in Its Valet (May 3, 2007)
ONLINE SHOPPER; A Narrow Window Into the Future (April 26, 2007)
(If It There's A Buck In It Somewhere (April 26, 2007)

Related Searches
Retail Stores and Trade
Apparel
Trademarks and Trade Names
Economic Conditions and Trends



HOME & GARDEN

Order and Chaos in a Single Heartbeat

A Closest-to-the-Pin Contest for PGA Tour Caddies

Disillusioned Diva With Glimmers of Soul

An Endless Tug of War

Margaret MacMillan on the eternal conflict between Congress and the president over foreign policy.

The Incredible Flying Nanny

Home | World | U.S. | N.Y./Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Re

Copyright 2007 The New York Times Company | Privacy Policy | Search | Corrections | RSS | First Look | Help | Contact Us