Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendant
Forever 21, Inc., One Clothing, Inc.,
Original, Inc., Salt & Pepper, Steps of CA
and Uno Textile

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
ANTHROPOLOGIE, INC.,                          :
                                              :
                         Plaintiff,           :    Civil Action No
                                              :    07-CV-7873 (RJS)(MHD)
        -v-                                   :
                                              :    **NOTICE OF APPEARANCE**
FOREVER 21, INC.,                             :
ONE CLOTHING, INC., ORIGINAL INC.,            :    ECF
SALT & PEPPER, STEPS OF CA,                   :
UNO TEXTILE and CONCORD VENTURE,              :
                                              :
                         Defendants.          :
-------------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendant Original, Inc. in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

2

Dated: New York, New York
      July 2, 2008

Powley & Gibson, P.C.

By:   s/ David J. Lorenz
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)

Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York  10013
Phone: 212-226-5054
Fax:    212-226-5085

Attorneys for Defendants
Forever 21, Inc., One Clothing, Inc.,
Original, Inc., Salt & Pepper,
Steps of CA and Uno Textile

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE FOR DAVID J. LORENZ was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 2nd day of July 2008, addressed as follows:

>Gregory P. Gulia
>Vanessa C. Hew
>DUANE MORRIS LLP
>1540 Broadway
>New York, NY 10036-4086
>Tel. (212) 692-1000

_____
Julio M. Lopez