

Peter S. Sloane (PS 7204)
Angela M. Martucci (AM 4614)
Sean P. McMahon (SM 1202)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
Phone: (212) 382-0700
Fax:   (212) 382-0888
E-mail: psloane@ostrolenk.com

Attorneys for Defendant Forever 21, Inc.

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHROPOLOGIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOREVER 21, INC., et. al., <br><br> Defendants. | Civil Action No.: <br> 07-CV-7873 (RJS) (MHD) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
TL FILED  7/9/01

### ORDER

Upon the Notices of Appearance for Robert L. Powley, James M. Gibson, David J. Lorenz and Hewson Chen of the firm of Powley & Gibson, P.C. as counsel for Defendant Forever 21, Inc., entered on June 20, 2008; and

Pursuant to Rule 1.4 of the Local Rules of this Court, leave is hereby granted to Peter S. Sloane, Angela M. Martucci and Sean P. McMahon of the firm of Ostrolenk, Faber, Gerb & Soffen, LLP to withdraw as attorneys of record for Defendant Forever 21, Inc.

**IT IS SO ORDERED:**

Dated: July 9, 2008

Honorable Richard J. Sullivan

{00940620.1}