Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| ANTHROPOLOGIE, INC., | : | |
| | : | Civil Action No |
| Plaintiff, | : | 07-CV-7873 (RJS)(MHD) |
| | : | |
| -v- | : | **NOTICE OF APPEARANCE** |
| | : | |
| FOREVER 21, INC.,  ONE CLOTHING, INC., | : | |
| ORIGINAL INC., SALT & PEPPER, STEPS | : | ECF |
| OF CA, UNO TEXTILE, CONCORD VENTURE, | : | |
| DO WON CHANG and JIN SOOK CHANG | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendants Do Won Chang

and Jin Sook Chang in the above-captioned case.  The undersigned is admitted to practice in this

Court and has an office and address as indicated below.

                                        Powley & Gibson, P.C.

Dated: New York, New York               By:  ___s/ Hewson Chen_____
       July 17, 2008                         Robert L. Powley (RP 7674)
                                             James M. Gibson (JG 9234)
                                             David J. Lorenz (DL 3072)
                                             Hewson Chen (HC 1608)

                                             Powley & Gibson, P.C.
                                             304 Hudson Street, 2nd Floor
                                             New York, New York 10013
                                             Phone: 212-226-5054
                                             Fax:   212-226-5085

                                             Attorneys for Defendants
                                             Do Won Chang and Jin Sook Chang

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE for

Hewson Chen was served upon counsel for Plaintiff by ECF and First-Class Mail, postage

prepaid, on this 17th day of July 2008, addressed as follows:

> Gregory P. Gulia
> Vanessa C. Hew
> DUANE MORRIS LLP
> 1540 Broadway
> New York, NY  10036-4086
> Tel. (212) 692-1000

_____
Hewson Chen