Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTHROPOLOGIE, INC.,                                  :
                                                      :   Civil Action No
                        Plaintiff,                    :   07-CV-7873 (RJS)(MHD)
                                                      :
        -v-                                           :   **NOTICE OF APPEARANCE**
                                                      :
FOREVER 21, INC., ONE CLOTHING, INC.,                 :
ORIGINAL INC., SALT & PEPPER, STEPS                   :   ECF
OF CA, UNO TEXTILE, CONCORD VENTURE,                  :
DO WON CHANG and JIN SOOK CHANG                       :
                                                      :
                        Defendants.                   :
-----------------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendants Do Won Chang

and Jin Sook Chang in the above-captioned case.  The undersigned is admitted to practice in this

Court and has an office and address as indicated below.

|                                    |                                               |
|------------------------------------|-----------------------------------------------|
|                                    | Powley & Gibson, P.C.                         |
| Dated: New York, New York          | By:   s/ Robert L. Powley                     |
|        July 17, 2008               |       Robert L. Powley (RP 7674)              |
|                                    |       James M. Gibson (JG 9234)               |
|                                    |       David J. Lorenz (DL 3072)               |
|                                    |       Hewson Chen (HC 1608)                   |
|                                    |                                               |
|                                    |       Powley & Gibson, P.C.                   |
|                                    |       304 Hudson Street, 2nd Floor            |
|                                    |       New York, New York 10013                |
|                                    |       Phone: 212-226-5054                     |
|                                    |       Fax:   212-226-5085                     |
|                                    |                                               |
|                                    |       Attorneys for Defendants                |
|                                    |       Do Won Chang and Jin Sook Chang         |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE for Robert L. Powley was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 17th day of July 2008, addressed as follows:

>Gregory P. Gulia
>Vanessa C. Hew
>DUANE MORRIS LLP
>1540 Broadway
>New York, NY 10036-4086
>Tel. (212) 692-1000

_____
Hewson Chen