Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
ANTHROPOLOGIE, INC.,                :
                                    :   Civil Action No
         Plaintiff,                 :   07-CV-7873 (RJS)(MHD)
                                    :
    -v-                             :   **NOTICE OF APPEARANCE**
                                    :
FOREVER 21, INC., ONE CLOTHING, INC., :
ORIGINAL INC., SALT & PEPPER, STEPS  :   ECF
OF CA, UNO TEXTILE, CONCORD VENTURE, :
DO WON CHANG and JIN SOOK CHANG     :
                                    :
         Defendants.                :
-----------------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendants Do Won Chang and Jin Sook Chang in the above-captioned case. The undersigned is admitted to practice in this Court and has an office and address as indicated below.

|  |  |
|---|---|
| Dated: New York, New York<br>July 17, 2008 | Powley & Gibson, P.C.<br><br>By: ___s/ James M. Gibson___<br>Robert L. Powley (RP 7674)<br>James M. Gibson (JG 9234)<br>David J. Lorenz (DL 3072)<br>Hewson Chen (HC 1608)<br><br>Powley & Gibson, P.C.<br>304 Hudson Street, 2nd Floor<br>New York, New York 10013<br>Phone: 212-226-5054<br>Fax:   212-226-5085<br><br>Attorneys for Defendants<br>Do Won Chang and Jin Sook Chang |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE for James M. Gibson was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 17th day of July 2008, addressed as follows:

>Gregory P. Gulia
>Vanessa C. Hew
>DUANE MORRIS LLP
>1540 Broadway
>New York, NY 10036-4086
>Tel. (212) 692-1000

_____
Hewson Chen