Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
David J. Lorenz (DL 3072)
Hewson Chen (HC 1608)
Powley & Gibson, P.C.
304 Hudson Street, 2nd Floor
New York, New York 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Defendants
Do Won Chang and Jin Sook Chang

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANTHROPOLOGIE, INC.,                          :
                                              :   Civil Action No
          Plaintiff,                          :   07-CV-7873 (RJS)(MHD)
                                              :
                                              :
     -v-                                      :   **NOTICE OF APPEARANCE**
                                              :
FOREVER 21, INC., ONE CLOTHING, INC.,         :
ORIGINAL INC., SALT & PEPPER, STEPS           :   ECF
OF CA, UNO TEXTILE, CONCORD VENTURE,          :
DO WON CHANG and JIN SOOK CHANG               :
                                              :
          Defendants.                         :
------------------------------------------------------------x

THE UNDERSIGNED HEREBY APPEARS as counsel on behalf of Defendants Do Won Chang

and Jin Sook Chang in the above-captioned case. The undersigned is admitted to practice in this

Court and has an office and address as indicated below.

|  |  |
|---|---|
| | Powley & Gibson, P.C. |
| Dated: New York, New York | By: ___s/ David J. Lorenz___ |
| July 17, 2008 | Robert L. Powley (RP 7674) |
| | James M. Gibson (JG 9234) |
| | David J. Lorenz (DL 3072) |
| | Hewson Chen (HC 1608) |
| | |
| | Powley & Gibson, P.C. |
| | 304 Hudson Street, 2nd Floor |
| | New York, New York 10013 |
| | Phone: 212-226-5054 |
| | Fax:   212-226-5085 |
| | |
| | Attorneys for Defendants |
| | Do Won Chang and Jin Sook Chang |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF APPEARANCE for David J. Lorenz was served upon counsel for Plaintiff by ECF and First-Class Mail, postage prepaid, on this 17th day of July 2008, addressed as follows:

>Gregory P. Gulia
>Vanessa C. Hew
>DUANE MORRIS LLP
>1540 Broadway
>New York, NY  10036-4086
>Tel. (212) 692-1000

_____
Hewson Chen