UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7|u|o8

ANTHROPOLOGIE, INC.,

                    Plaintiff,

-v-

FOREVER 21, INC., *et al.*,

                    Defendants.

No. 07 Civ. 7873 (RJS)
REVISED CASE MANAGEMENT PLAN
AND SCHEDULING ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

      At the conference before the Court held on June 10, 2008, this Revised Case Management Plan and Scheduling Order was adopted in accordance with Rules 16-26(f) of the Federal Rules of Civil Procedure:

1.     All parties do not consent to disposition of this case by a Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

2.     This case is to be tried to a jury.

3.     No additional parties may be joined except with leave of the Court.

4.     Amended pleadings may not be filed except with leave of the Court.

5.     All *fact* discovery is to be completed no later than October 1, 2008.

6.     All *expert* disclosures, including reports, production of underlying documents and depositions are to be completed by December 15, 2008.

7.     All discovery is to be completed no later than December 17, 2008.

8.     Pre-motion letters regarding dispositive motions, if any, are to be submitted no later than January 7, 2009. In accord with this Court's Individual Rule 2.A, response letters thereto are to be submitted no later than January 10, 2009.

9. All counsel must meet for at least one hour to discuss settlement not later than two weeks following the close of fact discovery. Accordingly, Counsel for the parties have discussed holding a settlement conference before a Magistrate Judge or the Southern District's Mediation Program and request:

   a.   __X__   Referral to a Magistrate Judge for settlement discussions

   b.   _____   Referral to the Southern District's Mediation Program

10. The parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practice Rule 3 and Rule 26(a)(3). If this action is to be tried before a jury, proposed *voir dire*, jury instructions, and a verdict form shall be filed with the Joint Pretrial Order. Counsel are required to meet and confer on jury instructions and verdict form in an effort to make an agreed upon submission.

11. Parties have conferred and their present best estimate of the length of trial is three to five days.

---

**TO BE COMPLETED BY THE COURT:**

12. [Other directions to the parties:]

13. The post-discovery status conference is scheduled for January 23, 2009 at 9:30 am.


SO ORDERED.

DATED:   New York, New York
         July 21, 2008

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE