

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHROPOLOGIE, INC.,

                  Plaintiff,

-v-

FOREVER 21, INC., *et al.*,

                  Defendants.

No. 07 Civ. 7873 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    At a conference held before the Court on July 18, 2008, the Court adopted the following directive:

> By August 1, 2008, the parties shall submit a joint letter regarding the parties' respective positions as to the need for discovery prior to the filing of certain "vendor" defendants' anticipated motions to dismiss for lack of personal jurisdiction, and, if necessary, the nature of such discovery. In the letter, plaintiff should also state whether it intends to seek leave to file a third amended complaint in this action.

SO ORDERED.

Dated:    New York, New York
            July 21, 2008

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE