UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHROPOLOGIE, INC.,

          Plaintiff,

-v-

FOREVER 21, INC., *et al.*,

          Defendants.

No. 07 Civ. 7873 (RJS) *(MHD)*
*Amended* REFERRAL ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/08

RICHARD J. SULLIVAN, District Judge:

The above-entitled action is hereby REFERRED to the Honorable Michael H. Dolinger, Magistrate Judge, for the following purpose:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | ___ | Habeas Corpus |
| ___ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____<br>All such motions: _____ |

* Do not check if already referred for general pretrial.

SO ORDERED.

Dated:    New York, New York
              July 21, 2008

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE