```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ANTHROPOLOGIE, INC.                 :
                                    :
              Plaintiff,            :         ORDER
                                    :
        -against-                   :    07 Civ. 7873 (RJS)(MHD)
                                    :
FOREVER 21, INC. et al.,            :
                                    :
              Defendants.           :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-trial conference having been held with counsel for the respective parties on August 15, 2008,

It is hereby **ORDERED** as follows:

1. All documents responsive to document requests made by either party are to be turned over by no later than August 29, 2008.

2. The parties are to agree on a confidentiality order or provide their respective proposed confidentiality orders to the court no later than August 29, 2008.

3. All fact discovery is to be completed by December 1, 2008.

4. Plaintiffs are to designate their expert witnesses and provide the information required under Fed. R. Civ. P.

26(a)(2)(B) by December 15, 2008. Defendants are to provide the equivalent information by December 31, 2008.

5. All remaining expert witness discovery is to be completed by January 15, 2009.

6. The parties are to submit a joint pre-trial order by February 16, 2009, unless a potentially dispositive motion has been served by that date.

DATED:  New York, New York
        August 15, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Gregory Paul Gulia, Esq.
Duane Morris, LLP
1540 Broadway
New York, NY 10036

Vanessa C. Hew, Esq.
Duane Morris, LLP
1540 Broadway
New York, NY 10036

Robert L. Powley, Esq.
Powley & Gibson, P.C.
304 Hudson Streete
2nd Floor
New York, NY 10013

David J. Lorenz, Esq.
Powley & Gibson, P.C.
304 Hudson Street
Floor 2,
New York, NY 10013

Hewson Chen, Esq.
Powley & Gibson, P.C.
304 Hudson Street
2nd Floor
New York, NY 10013

James Martin Gibson, Esq.
Powley & Gibson, P.C.
304 Hudson Street
2nd Floor
New York, NY 10013