UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ANTHROPOLOGIE, INC.                 :
                                    :
                Plaintiff,          :       ORDER
                                    :
        -against-                   :   07 Civ. 7873 (RJS)(MHD)
                                    :
FOREVER 21, INC. et al.,            :
                                    :
                Defendants.         :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


    Plaintiff having filed a motion for attorney fees on March 27, 2009, it is hereby ORDERED:


    1. Defendants are to serve and file any response to plaintiff's motion by no later than **April 3, 2009**.


    2. Plaintiff is to serve and file any reply by **April 8, 2009**.


DATED:  New York, New York
        March 30, 2009

                                        SO ORDERED.


                                        _____
                                        MICHAEL H. DOLINGER
                                        **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Gregory Paul Gulia, Esq.
Vanessa C. Hew, Esq.
Duane Morris, LLP
1540 Broadway
New York, NY 10036

Robert L. Powley, Esq.
David J. Lorenz, Esq.
Hewson Chen, Esq.
James Martin Gibson, Esq.
Powley & Gibson, P.C.
304 Hudson Street
2nd Floor
New York, NY 10013