USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHROPOLOGIE, INC.,

                        Plaintiff,

-v-

FOREVER 21, INC., *et al.*,

                        Defendants.

No. 07 Civ. 7873 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' letters pertaining to Defendants' request for renewal of their motion to dismiss for lack of personal jurisdiction, as well as Defendants' contemplated motions to dismiss for lack of subject matter jurisdiction and for judgment on the pleadings.

    Accordingly, IT IS HEREBY ORDERED that, no later than May 27, 2009, the parties shall submit to the Court a proposed briefing schedule for the above motions.

SO ORDERED.

DATED:    May 20, 2009
                New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE