```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/09
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ANTHROPOLOGIE, INC.,

                          Plaintiff,

    -against-

FOREVER 21, INC., DO WON CHANG, JIN
SOOK CHANG, ONE CLOTHING INC.,
ORIGINAL INC., SALT & PEPPER,
STEPS OF CA, UNO TEXTILE, and
CONCORD VENTURE

                          Defendants.

------------------------------------------------------------X

Civil Action No.
07-CV-7873 (RJS) (MHD)

ECF CASE

## ~~PROPOSED~~ BRIEFING SCHEDULE

**WHEREAS** Defendants Forever 21, Inc., Do Won Chang, Jin Sook Chang, One Clothing Inc., Original Inc., Salt & Pepper, Steps of CA, and Uno Textile (collectively, "Defendants") filed a Motion To Dismiss The Second, Third, And Fourth Causes Of Action In Plaintiff's Second Amended Complaint Pursuant To Fed. R. Civ. P. 12(c) And To Partially Dismiss The First Cause of Action Pursuant to Fed. R. Civ. P. 12(b)(1) on June 18, 2009; and

**WHEREAS** Plaintiff and Defendants are discussing settlement;

**WHEREAS** Plaintiff Anthropologie, Inc.'s ("Plaintiff") opposition papers under the current Scheduling Order are due on July 9, 2009;

**WHEREAS** Plaintiff and Defendants jointly agree that the following briefing schedule is amenable to them;

.1

**IT IS HEREBY ORDERED** that the following scheduling order be entered in this action to establish certain control dates relative to Defendants' Motion To Dismiss The Second, Third, And Fourth Causes Of Action In Plaintiff's Second Amended Complaint Pursuant To Fed. R. Civ. P. 12(c) And To Partially Dismiss The First Cause of Action Pursuant to Fed. R. Civ. P. 12(b)(1):

1. Plaintiff shall submit responding Opposition papers no later than August 10, 2009.
2. Defendants shall submit Reply papers, if any, no later than August 21, 2009.

Respectfully submitted by:

| | |
|---|---|
| DEFENDANTS FOREVER 21, INC., DO WON CHANG, JIN SOOK CHANG, ONE CLOTHING, INC., ORIGINAL INC., SALT & PEPPER, STEPS OF CA, AND UNO TEXTILE | PLAINTIFF ANTHROPOLOGIE, INC. |
| By _____ | By _____ |
| Robert L. Powley (RP 7674)<br>James M. Gibson (JG 9234)<br>David J. Lorenz (DL 3072) | Gregory P. Gulia<br>Vanessa C. Hew |
| Powley & Gibson, P.C.<br>304 Hudson Street, 2nd Floor<br>New York, New York 10013<br>Telephone: (212) 226-5054 | DUANE MORRIS LLP<br>1540 Broadway<br>New York, New York 10036<br>Phone: (212) 692-1000 |

**SO ORDERED:**

_____
United States District Judge

Dated: 7/6/09

2