UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09
```

ANTHROPOLOGIE, INC.,

                Plaintiff,

-v-

FOREVER 21, INC., *et al.*,

                Defendants.

No. 07 Civ. 7873 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On August 7, 2009 the Court issued an Order dismissing, without prejudice, Defendants' motion to dismiss pending extensive settlement discussions. The Court is now in receipt of a joint letter from the parties in which Defendants indicate that those discussions have not resolved the matter and request permission to re-file their motion to dismiss.

    Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for a pre-motion conference on October 13, 2009 at 9:30 a.m.

SO ORDERED.

DATED:    October 1, 2009
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE